**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |
|---|---|
| HUNTER DEMSTER, JESSICA CHODOR, KENNETH HALT, and MELISSA PEELER, <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*; GADYACES SERRALTA, *in his official capacity as Director of the U.S. Marshals Service and Chair of the Memphis Safe Task Force*; TYREECE L. MILLER, *in his official capacity as U.S. Marshal for the Western District of Tennessee*; CHAD HUNT, *in his official capacity as Chief Inspector for the U.S. Marshals Service and Commander of the Memphis Safe Task Force*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; TODD LYONS, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*; COLIN JACKSON, *in his official capacity as Acting Special Agent in Charge for HSI Nashville*; RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; MICHAEL BANKS, in his official capacity as Chief of the U.S. Border Patrol*; MATT PERRY, *in his official capacity as head of the Tennessee Highway Patrol*; and STEVEN J. MULROY, *in his official capacity as District Attorney for Shelby County, Tennessee*, <br><br> *Defendants*. | Civil Action No. 26-cv-02546 |

## <u>NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE</u>

Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler, pursuant to F. R. Civ. P. 5.1(a) and 28 U.S.C. § 2403, give notice that their Complaint (ECF No. 1) against Todd Blanche, Gadyaces Serralta, Tyreece L. Miller, Chad Hunt, Markwayne Mullin, Todd Lyons, John Condon, Colin Jackson, Rodney Scott, Michael Banks, Matt Perry, and Steven J. Mulroy ("Defendants"), raises a constitutional challenge to a Tennessee statute, and state as follows.

Plaintiffs filed this action on May 13, 2026 in which they challenge Section 5 of Tennessee's Protecting Everyone Against Crime and Extremism Act, to be codified at Tenn. Code Ann. § 39-16-612(a) (the "Halo Law"), and Defendants' actions taken pursuant to the Law, as unconstitutional as applied to Plaintiffs.

In criminalizing approaching law enforcement officers within twenty-five feet after one warning, the Halo Law unconstitutionally burdens Plaintiffs' First Amendment rights to gather information about and record public law enforcement activity. As applied to Plaintiffs, who gather information about and record Memphis Safe Task Force agents performing their duties in public without impeding, interfering with, or obstructing agents' duties, the Halo Law is not narrowly tailored to a significant government interest and does not leave open ample alternative channels for Plaintiffs to engage in their constitutionally protected activities. *See* Complaint, ECF No. 1, Count II.

Dated:    May 18, 2026

By:    /s/ *Zee Scout*

Respectfully submitted,

Scarlet Kim**
Ken Sexauer**
Brian Hauss**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
scarletk@aclu.org
ksexauer@aclu.org
bhauss@aclu.org

Zee Scout (BPR# 042637)
Lucas Cameron-Vaughn (BPR# 036284)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
Zscout@aclu-tn.org
Lucas@aclu-tn.org

Matthew Borden
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
borden@braunhagey.com

Faith E. Gay (Bar No. 2117117)
Corey Stoughton (Bar No. 4152633)
Katherine Buoymaster (Bar No. 6096903)
Sylvia Woodmansee (Bar No. 6136618)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
fgay@selendygay.com
cstoughton@selendygay.com
kbuoymaster@selendygay.com
swoodmansee@selendygay.com

Marissa R. Benavides
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Tel: (646) 829-9403
Benavides@braunhagey.com

**Pro Hac Vice application forthcoming*

*Attorneys for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*

3

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5.1(a)(2), I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system on May 18, 2026 and will be served, along with a copy of the complaint, by certified mail upon the Attorney General of the State of Tennessee as set forth below.

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

/s/          *Zee Scout*