**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| HUNTER DEMSTER *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*, *et al.*,<br><br>     *Defendants*. | Case No. 26–cv–02546 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION**

Now before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. __ ), filed May 28, 2026. Defendants submitted their respective brief in opposition (ECF No. __ ) on _____, 2026. The Court set a hearing on the matter on _____, 2026. For the reasons expressed in the Motion for Preliminary Injunction and the Memorandum of Law in Support thereof, the Court hereby **GRANTS** the requested preliminary injunction.

Pending final resolution of this matter, it is **ORDERED** that Defendants Blanche, Serralta, Miller, Hunt, Mullin, Lyons, Condon, Jackson, Scott, Banks, and Perry ("Task Force Defendants"), their agents, officers, employees, successors, and all others acting in active concert with them as part of the Memphis Safe Task Force ("Task Force") are enjoined from taking the following actions where such actions are motivated in whole or in part by Plaintiffs gathering information about or recording Task Force agents performing their duties in public:

- Verbally threatening Plaintiffs, including threatening to arrest them;
- Physically intimidating Plaintiffs, including by using their vehicles to swerve or drive at them or box them in, tailing them in their vehicles, or through threatening conduct or gestures;

1

- Stopping and questioning Plaintiffs;
- Sitting outside Plaintiffs' homes;
- Shining lights at Plaintiffs' faces, phones, and cameras;
- Using force against Plaintiffs;
- Arresting Plaintiffs without probable cause that they have committed a crime; or
- Collecting information and/or creating, using, or maintaining records about Plaintiffs.

Pending final resolution of this matter, it is additionally **ORDERED** that Defendant Perry, Defendant Mulroy, and their agents, officers, employees, successors, and all others acting in active concert with him, are enjoined from:

- Invoking, enforcing, and/or initiating any criminal prosecutions pursuant to Section 5 of Tennessee's Protecting Everyone Against Crime and Extremism Act, codified at Tenn. Code Ann. § 39-16-612(a) ("Halo Law"), against Plaintiffs where Plaintiffs are gathering information about or recording Task Force agents without impeding, interfering with, or obstructing agents' duties.

Pending final resolution of this matter, it is additionally **ORDERED** that Task Force Defendants, their agents, officers, employees, successors, and all others acting in active concert with them as part of the Task Force, are affirmatively obligated to:

- Issue notice of this Order to (1) all agents, officers, and personnel currently or subsequently deployed in the Western District of Tennessee as part of the Task Force and (2) all agents, officers, and personnel of Task Force Defendants with supervisory or management authority over any agents, officers, and personnel currently or subsequently deployed in the Western District of Tennessee as part of the Task Force, up the chain of command to and including all Task Force Defendants.

Pending final resolution of this matter, it is additionally **ORDERED** that Defendant Perry, Defendant Mulroy, and their agents, officers, employees, successors, and all others acting in active concert with him, are affirmatively obligated to:

- Issue notice of this Order to (1) all their agents, officers, and personnel currently or subsequently deployed in the Western District of Tennessee as part of the Task Force and charged with enforcing the Halo Law and (2) all their agents, officers, and personnel with supervisory or management authority over any agents, officers, and personnel currently or subsequently deployed in the Western District of Tennessee as part of the Task Force and charged with enforcing the Halo Law, up the chain of command to and including Defendants Perry and Mulroy.

2

**IT IS SO ORDERED**, this __ day of _____, 2026.

_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE