**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |
|---|---|
| HUNTER DEMSTER *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*, *et al.*,<br><br>      *Defendants*. | Case No. 26–cv–02546 |

**DECLARATION OF SCARLET KIM**

I, Scarlet Kim, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over the age of 18, am competent to give this declaration, and testify from my own personal knowledge regarding the facts in this declaration.

2.      I am a Senior Staff Attorney with the American Civil Liberties Union and counsel in this action. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3.      Attached as **Exhibit 1** is a true and correct copy of an article by Samantha Michaels titled "I've Never Seen So Many Police Cars" published by *Mother Jones* on December 16, 2025, available at https://www.motherjones.com/politics/2025/12/memphis-safe-task-force-trump-ice-crime-immigration-mass-deportations-287g.

4.      Attached as **Exhibit 2** is a true and correct copy of a Memphis Safe Task Force document describing the composition of the Task Force as of October 16, 2025, obtained through a state Public Records Act request by the Tennessee Immigration and Refugee Rights Coalition.

1

5.     Attached as **Exhibit 3** is a true and correct copy of an article by Ken Klippenstein titled "ICE's Secret Watchlists of Americans" published on Substack on January 28, 2026, available at https://www.kenklippenstein.com/p/ices-secret-watchlists-of-americans.

6.     Attached as **Exhibit 4** is a true and correct copy of an article by Ken Klippenstein titled "ICE Making List of Anyone Who Films Them" published on Substack on January 23, 2026, available at https://www.kenklippenstein.com/p/ice-making-list-of-anyone-who-films.

7.     Attached as **Exhibit 5** is a true and correct copy of an article by Joseph Cox titled "This App Lets ICE Track Vehicles and Owners Across the Country" published by *404 Media* on November 17, 2025, available at https://www.404media.co/this-app-lets-ice-track-vehicles-and-owners-across-the-country.

8.     Attached as **Exhibit 6** is a true and correct copy of an article by Dell Cameron and Maddy Varner titled "ICE and CBP's Face-Recognition App Can't Actually Verify Who People Are" as published by *Wired* on February 5, 2026, available at https://www.wired.com/story/cbp-ice-dhs-mobile-fortify-face-recognition-verify-identity.

9.     Attached as **Exhibit 7** is a true and correct copy of the Declaration of Elinor Hilton in Support of Plaintiffs' Motion for a Temporary Restraining Order in *Hilton v. Noem*, No. 26-cv-00092 (D. Me. Feb. 3, 2026), ECF No. 3-1. *See also* Complaint ¶ 239(d).

10.    Attached as **Exhibit 8** is a true and correct copy of the Declaration of Colleen Fagan in Support of Plaintiffs' Motion for a Temporary Restraining Order in *Hilton v. Noem*, No. 26-cv-00092 (D. Me. Feb. 3, 2026), ECF No. 3-5.

11.    Attached as **Exhibit 9** is a true and correct copy of the Declaration of Ryan Doxsey in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Feb. 11, 2026).

2

12.     Attached as **Exhibit 10** is a true and correct copy of a Presidential Memorandum titled "Restoring Law and Order in Memphis" dated September 15, 2026, available at https://www.whitehouse.gov/presidential-actions/2025/09/restoring-law-and-order-in-memphis.

13.     On May 25, 2026, I personally accessed the YouTube video titled "Kristi Noem Claims Videotaping ICE Agents Is 'Violence' Following Camarillo, California Farm Raids," uploaded        by        Forbes        Breaking        News,        available        at https://www.youtube.com/watch?v=uDFX4q6huH8.  Then–DHS Secretary Kristi Noem's statement that "violence is anything that threatens [ICE agents] and their safety, so it is doxing them, it is videotaping them, where they're at when they're out on operations," appears at approximately 0:21–28. A true and correct copy of a screenshot of the video page, including the title, channel name, upload date, and view count, is attached as **Exhibit 11**.

14.     Attached as **Exhibit 12** is a true and correct copy of an article by C.J. Ciaramella titled "DHS Says Recording or Following Law enforcement 'Sure Sounds Like Obstruction of Justice'"    published    by    *Reason*    on    December    22,    2025,    available    at https://reason.com/2025/12/22/dhs-says-recording-or-following-law-enforcement-sure-sounds-like-obstruction-of-justice.

15.     On May 25, 2026, I personally accessed the *Fox News* video titled "ICE-involved Shooting Prompts Mass Protests," available at https://www.foxnews.com/video/6387419115112. Defendant Todd Lyons' statement that "[N]o citizens should walk up in the middle of a traffic stop . . . You shouldn't go up to a Sheriff that's conducting a lawful operation in your home county or town. So, these individuals that are listening to this political rhetoric and that are following these [sic] guidance, go out there and impede us, you know, threaten officers, be legal observers as they

3

say, it's just not right" appears at approximately 5:54–6:19. A true and correct copy of a screenshot of the video page, including the title, channel name, and upload date, is attached as **Exhibit 13**.

16.     Attached as **Exhibit 14** is a true and correct copy of a screenshot of a post made by the official Homeland Security Account ("@DHSgov") on X on January 13, 2026 at 6:06 PM, available at https://twitter.com/DHSgov/status/2011213308968538361.

17.     Attached as **Exhibit 15** is a true and correct copy of a blog post by David J. Bier titled "The Government Unconstitutionally Labels ICE Observers as Domestic Terrorists" published by the Cato Institute on December 15, 2025, available at https://www.cato.org/blog/dhs-policy-threatening-arresting-ice-observers-violates-their-rights.

18.     Attached as **Exhibit 16** is a true and correct copy of a U.S. Department of Homeland Security ("DHS") Federal Protective Service Intelligence Operations Division Assessment titled "Recent Anti-Law Enforcement Tactics Used in Unlawful Civil Arrest" filed as an exhibit in both *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. Oct. 6, 2025), ECF No. 22-38 and *Los Angeles Press Club v. Noem*, No. 25-05563 (C.D. Cal. July 18, 2025), ECF No. 34-19.

19.     Attached as **Exhibit 17** is a true and correct copy of a joint Public Safety Awareness Report prepared by the Federal Bureau of Investigation ("FBI") and DHS dated July 11, 2025, and obtained through a public records request by the non-profit organization Property of the People.

20.     Attached as **Exhibit 18** is a true and correct copy of a Daily Intelligence Summary from the Tennessee Fusion Center dated July 7, 2025, and obtained through a public records request by the non-profit organization Property of the People.

21.     Attached as **Exhibit 19** is a true and correct copy of a report by Spencer Reynolds titled "Inside the Federal Protective Service, Homeland Security's Domestic Police Force"

published by the Brennan Center for Justice on October 8, 2024, available at https://www.brennancenter.org/our-work/research-reports/inside-federal-protective-service-homeland-securitys-domestic-police.

22.    Attached as **Exhibit 20** is a true and correct copy of an article by Rebecca Kanable titled "The Maturing of Fusion Centers" published on Officer.com on September 12, 2011, available at https://www.officer.com/command-hq/technology/security-surveillance/article/10325464/the-maturing-of-fusion-centers.

23.    Attached as **Exhibit 21** is a true and correct copy of a report by the FBI titled "United States: Threat Activity Targeting Government Personnel or Facilities Related to Immigration Enforcement Efforts," and obtained through a public records request by the non-profit organization Property of the People.

24.    Attached as **Exhibit 22** is a true and correct copy of an article by Allison Kite titled "Minnesota Democrats Report Being Followed, Harassed by ICE Agents During Immigration Surge" published by *The Minnesota Star Tribune* on March 25, 2026, available at https://www.startribune.com/minnesota-democrats-report-being-followed-harassed-by-ice-agents-during-immigration-surge/601587769. *See also* Complaint ¶ 239(a).

25.    Attached as **Exhibit 23** is a true and correct copy of the Declaration of Christopher Juhn in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Jan. 9, 2026), ECF No. 64. *See also* Complaint ¶ 239(b).

26.    Attached as **Exhibit 24** is a true and correct copy of the First Amended Class Action Complaint for Declaratory and Injunctive Relief in *Hilton v. Noem*, No. 26-cv-00092 (D. Me. Apr. 27, 2026). *See also* Complaint ¶ 239(c).

5

27.     Attached as **Exhibit 25** is a true and correct copy of the Declaration of Emily Beltz in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Jan. 9, 2026), ECF No. 140. *See also* Complaint ¶ 239(e).

28.     Attached as **Exhibit 26** is a true and correct copy of an article by Kat Lonsdorf, Jude Joffe-Block, and Meg Anderson titled "ICE Has Spun a Mass Surveillance Web. We Talked to People Caught in It," published by *NPR* on March 4, 2026, available at https://www.npr.org/2026/03/04/nx-s1-5717031/ice-dhs-immigrants-surveillance-confrontation-deportation-mobile-fortify. *See also* Complaint ¶ 239(f).

29.     Attached as **Exhibit 27** is a true and correct copy of the Declaration of Nicole Cleland in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Jan. 20, 2026), ECF No. 98. *See also* Complaint ¶ 243(a).

30.     Attached as **Exhibit 28** is a true and correct copy of the Cover Letter and FTCA Claim of Job Garcia sent to DHS, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Protection on July 1, 2025, available at https://www.maldef.org/wp-content/uploads/2025/07/FTCA-J.-Garcia-Redacted_7-1-2025.pdf. *See also* Complaint ¶ 245(a).

31.     Attached as **Exhibit 29** is a true and correct copy of the Declaration of Beatriz Rudolph Leon in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Dec. 17, 2025), ECF No. 14. *See also* Complaint ¶ 245(b).

32.     Attached as **Exhibit 30** is a true and correct copy of the Declaration of Susan Tincher in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Dec. 17, 2025), ECF No. 1-1. *See also* Complaint ¶ 245(c).

33.    Attached as **Exhibit 31** is a true and correct copy of the Declaration of Arrely Barrera in *Chicago Headline Club v. Noem*, No. 25-12173 (N.D. Ill. Oct. 21, 2025), ECF No. 73-12. *See also* Complaint ¶ 246(a).

34.    Attached as **Exhibit 32** is a true and correct copy of the Declaration of Andrew Wold in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Feb. 13, 2026), ECF No. 136-81. *See also* Complaint ¶ 246(b).

35.    Attached as **Exhibit 33** is a true and correct copy of the Declaration of Jonathan Koenig in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Feb. 13, 2026), ECF No. 136-40. *See also* Complaint ¶ 246(c).

36.    Attached as **Exhibit 34** is a true and correct copy of the Declaration of Flannery Clark in *Tincher v. Noem*, No. 25-cv-04669 (D. Minn. Dec. 17, 2025), ECF No. 1-8. *See also* Complaint ¶ 247(a).

37.    Attached as **Exhibit 35** is a true and correct copy of an article by Brittany Brown titled "A Volunteer Observing a Traffic Stop in Memphis Ended Up in Jail. Should She Have Been Arrested?" published by *MLK50* on November 7, 2025, available at https://mlk50.com/2025/11/07/a-volunteer-observing-a-traffic-stop-in-memphis-ended-up-in-jail-should-she-have-been-arrested.

38.    Attached as **Exhibit 36** is a true and correct copy of an article by Brittany Brown titled "State Troopers and Federal Agents Decide Memphis Residents' Fates During Traffic Stops" published by *MLK50* on November 25, 2025, available at https://mlk50.com/2025/11/25/state-troopers-and-federal-agents-decide-memphis-residents-fates-during-traffic-stops.

39.     Attached as **Exhibit 37** is a true and correct copy of an article by Toby Sells titled "The Watchers" published by *Memphis Flyer* on March 11, 2026, available at https://www.memphisflyer.com/the-watchers.

40.     On May 25, 2026, I personally accessed the YouTube video titled "FULL REMARKS: Hegseth and Bondi Address the Memphis Safe Task Force," uploaded by Forbes Breaking News, available at https://www.youtube.com/watch?v=qJJW6yb_Uqw. Then-Attorney General Pamela Bondi's statement that "[A]ll of you, we are here to have your backs, all of the law enforcement officers in this room. You've got our backs and we are going to have yours," appears at approximately 2:00–15. A true and correct copy of a screenshot of the video page, including the title, channel name, upload date, and view count, is attached as **Exhibit 38.**

41.     On May 25, 2026, I personally accessed the YouTube video titled "U.S. Marshals Director Serralta on the Make Memphis Safe Task Force: Unmuted with Marsha," uploaded by Senator Marsha Blackburn, available at https://www.youtube.com/watch?v=DGS-9qyUX7g&list=PLxKKOl-s4v-2GA5PHNuSmy3Zaj9_go3yj&index=5.   Defendant Serralta's statement that "if we handcuff our law enforcement officers, then the handcuffs are taken and the bad guys are gonna get away" appears at approximately 11:20–28. A true and correct copy of a screenshot of the video page, including the title, channel name, upload date, and view count, is attached as **Exhibit 39**.

42.     Attached as **Exhibit 40** is a true and correct copy of the Affidavit of Colonel Matt Perry, attached as Exhibit 1 to the Defendants' Response to the Petitioner for Access to Public Records in *Tennessee Immigrant & Refugee Rights Coalition et al. v. Tennessee Department of Safety and Homeland Security et al.*, No. 25-1126-IV (Davidson Cnty. Tenn. Ch. Ct. Sep. 15, 2025).

43.    Attached as **Exhibit 41** is a true and correct copy of an article by Nicholas Nehamas and Hamed Aleaziz titled "ICE Whistle-Blower Calls Training for New Agents 'Deficient' and 'Broken'" published by *The New York Times* on February 23, 2026, available at https://www.nytimes.com/live/2026/02/23/us/trump-news.

44.    Attached as **Exhibit 42** is a true and correct copy of an article by Geoff Bennett titled "Whistleblower Warns ICE has Slashed Training for Recruits" published by *PBS* on February 26, 2026, available at https://www.pbs.org/newshour/show/whistleblower-warns-ice-has-slashed-training-for-recruits.

45.    Attached as **Exhibit 43** is a true and correct copy of an article by Holmes Lybrand, Evan Perez, and Josh Campbell titled "FBI agents are again pulled from their day jobs to address a Trump priority" published by *CNN* on August 14, 2025, https://www.cnn.com/2025/08/14/politics/fbi-washington-immigration-epstein.

46.    Attached as **Exhibit 44** is a true and correct copy of an article by Holmes Lybrand, Evan Perez, Josh Campbell, and Kristen Holmes titled "Police and Federal Agencies Scramble to Figure Out Strategy After Trump's Move to Declare DC Emergency" published by *CNN* on August 11, 2025, available at https://www.cnn.com/2025/08/11/politics/trump-federalized-dc-police-now-what.

47.    Attached as **Exhibit 45** is a true and correct copy of an article by Sarah Grace Taylor titled "THP Leadership Denies knowledge of ICE operation conduct" by the *Nashville Banner* on February 26, 2026, available at https://nashvillebanner.com/2026/02/26/thp-ice-conduct-video-heidi-campbell.

Dated: May 28, 2026                    Respectfully Submitted,

<u>/s/ Scarlet Kim</u>
Scarlet Kim*
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
scarletk@aclu.org

*Admitted *Pro Hac Vice*

*Attorney for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*

10