# EXHIBIT 2

# Restoring Law and Order in Memphis
# Operational Period #18 – 10/16/2025

## Operational Summary

□ The Joint Operations Command Center (JOCC) continues to be led by the U.S. Marshals Service (USMS) Incident Management Team (IMT) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) IMT integrated to enhance command and control.

□ Forty-seven (47) multi-agency teams were deployed throughout the Memphis area in support of the mission.

□ Three (3) juveniles reported as missing were recovered.

□ Memphis Police Department received a call from a security guard that reported he had observed an individual with an extended magazine exposed from pants. Cordae Pendergrass, a 14-year-old was arrested for Unlawful Possession of a Firearm.

□ TBI, SCSO, HSI, FBI, and DEA obtained and executed a search warrant at Smoker's Palace located at 3277 Austin Peay Hwy. Joel Tabu was arrested for Possession of a Control Substance with Intent to Distribute. One (1) firearm, three (3) pounds marijuana, twenty-nine (29) units of THC Vape Wax, 232 units of THC Vape Cartridges, three (3) scales, and $57,272 US were seized.

□ HSI, FBI, and IRS obtained and executed a search warrant at 1195 S Orleans St. Henry Wesley, Jason Jones, and Annluvina Hardrick were arrested for Possession with Intent to Distribute a Controlled Substance and Possession of a Firearm during the Commission of a Dangerous Felony. Two (2) firearms, cocaine, ecstasy, and methamphetamines were seized.

□ Jordan Fitz, a Bullet to Bullet gang member, was arrested on a warrant for Attempted Second Degree Murder (x2), Reckless Endangerment with a Deadly Weapon (x2), Employ a Firearm with Intent to Commit a Felony (2), Theft of Property, and Robbery. A search warrant was obtained and executed at 15 E Geeter Rd resulting in the seizure of one (1) spent casing, one (1) loaded extended mag, three (3) magazines, and six (6) cellphones.

□ TBI, SCSO, HSI, FBI, and DEA obtained and executed a search warrant at 2190 Brown St. Je'Mario Smith and Lakevietta Smith were arrested for Possession of a Controlled Substance. One (1) firearm and ten (10) pounds of marijuana were seized.

□ 60 Criminal arrests during this Operational Period.
□ 6 Administrative arrests during this Operational Period.
□ 9 Firearms were seized during this Operational Period.
□ 3 Missing Children were located during this Operational Period.

## Cumulative Statistics

| Arrests | Charges | Firearms Seized |
|---|---|---|
| 1,044 | Homicide – 8 | 206 |
| | Narcotics – 116 | |
| | Firearms – 110 | |
| | Warrants – 418 | |
| | Probation/Parole – 2 | |
| | Sex Offenses – 48 | |
| | Other – 155 | |
| | Administrative – 187 | |

| | |
|---|---|
| Juvenile Arrests – 21 | Missing Children Located – 56 |
| Known Gang Members – 92 | Search Warrants Executed – 18 |
| Traffic Citations – 4,993 | Misdemeanor Citations – 63 |

## Police Districts, Sectors, and Service Areas

| Division | Precincts | # of Teams |
|---|---|---|
| 1 | Airways | 2 |
| 1 | Mt Moriah | 2 |
| 1 | Raines | 2 |
| 1 | Ridgeway | 2 |
| 2 | Appling Farms | 2 |
| 2 | Austin Peay | 2 |
| 2 | Crump | 2 |
| 2 | North Main | 2 |
| 2 | Tillman | 2 |
| 1 & 2 | Memphis City - Wide | 29 |
| | **Total Number of Teams** | **47** |

## Task Force Composition

| | |
|---|---|
| Total Agencies | 31 |
| Total Personnel Op period # 18 | 1249 |
| Projected Personnel Op Period # 19 | 1599 |

| Agency | 10/16/2025 | 10/17/2025 |
|---|---|---|
| U.S. Marshals Service (USMS) | 89 | 95 |
| Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) | 28 | 29 |
| Customs and Border Protection (CBP) | 19 | 10 |
| Diplomatic Security Service (DSS) | 24 | 28 |
| Drug Enforcement Administration (DEA) | 41 | 41 |
| Enforcement and Removal Operations (ERO) | 2 | 2 |
| Federal Bureau of Investigation (FBI) | 147 | 147 |
| Federal Protective Service (FPS) | 3 | 3 |
| Health and Human Services (HHS) | 2 | 2 |
| Homeland Security Investigations (HSI) | 149 | 149 |
| Internal Revenue Service (IRS) | 27 | 27 |
| Memphis Police Department (MPD) - Surge | 121 | 88 |
| Memphis Police Department (MPD) - Patrol | 300 | 650 |
| Offices of Inspector General (OIG) – 9 Agencies | 19 | 17 |
| Shelby County Sheriff's Office (SCSO) | 43 | 42 |
| Tennessee Alcoholic Beverage Commission (TABC) | 0 | 19 |
| Tennessee Bureau of Investigation (TBI) | 33 | 34 |
| Tennessee Department of Corrections (TDOC) | 6 | 6 |
| Tennessee Highway Patrol (THP) | 113 | 127 |
| Tennessee National Guard | 64 | 64 |
| Tennessee Wildlife Resource Agency (TWRA) | 18 | 18 |
| U.S. Attorney's Office (USAO) | 1 | 1 |
| U.S. Probation Office (USPO) | 0 | 0 |
| U.S. Secret Service | 0 | 0 |