# EXHIBIT 10

# Restoring Law and Order in Memphis

**whitehouse.gov**/presidential-actions/2025/09/restoring-law-and-order-in-memphis

September 15, 2025




MEMORANDUM FOR THE SECRETARY OF THE TREASURY
THE SECRETARY OF WAR
THE ATTORNEY GENERAL
THE SECRETARY OF HEALTH AND HUMAN SERVICES
THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT
THE SECRETARY OF TRANSPORTATION
THE SECRETARY OF HOMELAND SECURITY
THE DIRECTOR OF THE UNITED STATES MARSHALS SERVICE
THE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION
THE DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES
THE ADMINISTRATOR OF DRUG ENFORCEMENT
THE DIRECTOR OF HOMELAND SECURITY INVESTIGATIONS
THE UNITED STATES ATTORNEY FOR THE WESTERN
DISTRICT OF TENNESSEE

SUBJECT: Restoring Law and Order in Memphis

Section 1. Background. The city of Memphis, Tennessee, is suffering from tremendous levels of violent crime that have overwhelmed its local government's ability to respond effectively. This situation has become dire in one of our Nation's most historic cities. According to data from the Federal Bureau of Investigation, Memphis in 2024 had the highest rate of violent crime per capita, including some of the highest per capita rates of murder, robbery, and aggravated assault, and property crimes such as burglary, larceny, and motor vehicle theft, in the country. The city, a beacon of American culture that was Elvis's home and is often called the birthplace of rock and roll and the blues, should be safe and secure for all of its citizens and Americans who visit its historic landmarks such as Graceland, Beale Street, and the Memphis Pyramid. To restore public safety and order, State and local leaders have requested Federal assistance, and I will act quickly to ensure that Federal authorities assist Memphis law enforcement to the fullest possible extent.

Sec. 2. Memphis Safe Task Force. (a) There is hereby established a Memphis Safe Task Force (Task Force), whose objective shall be to end street and violent crime in Memphis to the greatest possible extent through the promotion and facilitation of hypervigilant policing, aggressive prosecution, complex investigations, financial enforcement, and large-scale saturation of besieged neighborhoods with law enforcement personnel, and which shall coordinate closely with State officials in Tennessee and local officials in Memphis to share information, develop joint priorities, and maximize resources to make Memphis safe and restore public order. The Task Force shall be chaired by an individual selected and appointed by the Attorney General, who shall direct all Task Force functions and who shall coordinate with the Assistant to the President and Homeland Security Advisor. The Task Force shall also include representatives from the following executive departments and agencies (agencies), as designated by the head of the relevant agency:

(i) the Department of the Treasury;

(ii) the Department of War;

(iii) the Department of Justice;

(iv) the Department of Health and Human Services;

(v) the Department of Housing and Urban Development;

(vi) the Department of Transportation;

(vii) the Department of Homeland Security;

(viii) the United States Marshals Service;

(ix) the Federal Bureau of Investigation;

(x) the Bureau of Alcohol, Tobacco, Firearms, and Explosives;

(xi) the Drug Enforcement Administration;

(xii) Homeland Security Investigations; and

(xiii) the United States Attorney's Office for the Western District of Tennessee.

(b) The Chairman of the Task Force may also designate other agencies to participate in the Task Force as the Chairman deems necessary, as well as Inspectors General from the Department of Housing and Urban Development, the Department of Health and Human Services, the Social Security Administration, the Department of Agriculture, the Department of

the Treasury, the Department of Labor, the Department of Education, the Department of Energy, the United States Postal Service, the Small Business Administration, and such other agencies as the Chairman of the Task Force determines. The head of an agency designated by the Chairman shall select a representative of the agency to serve on the Task Force.

(c) The Task Force may, to the extent permitted by law, request operational assistance from and coordinate with the Memphis Police Department, the Tennessee Highway Patrol, the Memphis Area Transit Authority, the Tennessee Bureau of Investigation, the Tennessee Department of Safety and Homeland Security, the Tennessee Alcohol Beverage Commission, the Tennessee Wildlife Resources Agency, the Tennessee State Probation and Parole Office, the Tennessee Department of Corrections, the Arkansas State Police, the Mississippi State Police, the Shelby County Attorney's Office, the Shelby County District Attorney's Office, the Memphis City Prosecutor's Office, the Shelby County Sheriff's Office, Shelby County Pretrial Services, the Shelby County Probation Section, and other Federal, State, and local officials as appropriate.

(d) The Task Force shall utilize the strategies and principles of Federal, State, and local law enforcement coordination developed and deployed pursuant to Executive Order 14252 of March 27, 2025 (Making the District of Columbia Safe and Beautiful), and Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), as appropriate and consistent with applicable law, to coordinate and ensure effective integrated action by Federal, State, and local law enforcement authorities to address extensive and pervasive criminal activity and reduce crime in Memphis; enforce Federal immigration law; provide the Memphis Police Department with assistance to facilitate the recruitment, retention, and enhancement of capabilities of its police officers; dramatically increase the Federal, State, and local law enforcement presence and Federal coordination with State and local law enforcement, as appropriate; and coordinate strict enforcement of applicable quality-of-life, nuisance, and public-safety laws, including those laws prohibiting assault, battery, larceny, graffiti and other vandalism, unpermitted disturbances and demonstrations, noise, trespassing, public intoxication, drug possession, sale, vagrancy and use, and traffic violations, to make Memphis safe and secure again.

(e) The Task Force shall report to me as necessary through the Assistant to the President and Homeland Security Advisor regarding safety in Memphis and the tasks set forth in subsection (d) of this section. As part of this reporting, the Attorney General, in consultation with the Task Force, shall assess whether public-safety circumstances in Memphis require additional executive action.

Sec. 3. Mobilizing the National Guard to Protect Memphis. (a) The Secretary of War shall request that the Governor of Tennessee, under section 502 of title 32, United States Code,

make available National Guard units of Tennessee to support public safety and law enforcement operations in Memphis, in such numbers and for such duration as the Governor may deem necessary and appropriate to assist with the activities of the Task Force. The Attorney General and the Secretary of Homeland Security shall request such National Guard support as necessary and appropriate to accomplish this mission.

(b) The Secretary of War is further authorized to coordinate with State Governors and authorize the mobilization and training of further National Guard personnel, under section 502 of title 32, United States Code, to support the activities of the Task Force as he may deem necessary and appropriate to augment this mission.

Sec. 4. General Provisions. This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP