# EXHIBIT 13



wsroom   January 8, 2026 · 07:24 · CLIP

# involved shooting prompts mass protests

correspondent Alexis McAdams and acting ICE director Todd Lyons join 'America's Newsroom' to discuss the mass backlash surrounding the fatal shooting of a woma