# EXHIBIT 14



**Homeland Security** ✔
@DHSgov

···

REMINDER. "To all ICE officers: You have federal immunity in the conduct of your duties. Anybody who lays a hand on you or tries to stop you or tries to obstruct you is committing a felony. You have immunity to perform your duties, and no one—no city official, no state official, no illegal alien, no leftist agitator or domestic insurrectionist—can prevent you from fulfilling your legal obligations and duties. The Department of Justice has made clear that if officials cross that line into obstruction, into criminal conspiracy against the United States or against ICE officers, then they will face justice." @StephenM

LIVE

STEPHEN MILLER | WH DEPUTY CHIEF OF STAFF FOR POLICY

FOX NEWS

0:34 0 ET

COULD TRUMP ADMIN REALLY ARREST GOV PRITZKER?

WILL CAIN SHOW
CURTIS SLIWA
COMING UP

6:06 PM · Jan 13, 2026 · **3.9M** Views