# EXHIBIT 17

# PUBLIC SAFETY AWARENESS REPORT
FEDERAL BUREAU OF INVESTIGATION
OFFICE OF PARTNER ENGAGEMENT

(U) PREPARED BY THE FBI OFFICE OF PARTNER ENGAGEMENT, CRIMINAL INVESTIGATIVE DIVISION, FBI LOS ANGELES FIELD OFFICE, FBI SACRAMENTO FIELD OFFICE, AND THE DEPARTMENT OF HOMELAND SECURITY

**11 JULY 2025**
**[OPE-25-SA-25]**

(U) Warning: This document is UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE. The information marked (U//LES) in this document is the property of the Federal Bureau of Investigation and may be distributed within the federal government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a website on an unclassified network without first obtaining FBI approval.
(U) Public Safety Awareness Report template approved for fiscal year 2025, as of 1 OCTOBER 2024.
(U) Please direct comments and queries regarding this product to the FBI Office of Partner Engagement's Enhanced Engagement Unit at **OPE-EEU@fbi.gov**. Press or media inquiries should be directed to **NPO@fbi.gov**.

(U) *Generating, discussing, accessing, or interacting with location and/or identifying information of law enforcement personnel without engaging in violence or criminal activity may be legal and protected by the First Amendment. The FBI does not investigate, collect, or maintain information on US persons solely for the purpose of monitoring activities protected by the First Amendment.*

## (U) Open-Source Websites Aggregate Law Enforcement Information Posing Safety Concerns

### (U) SITUATIONAL AWARENESS (SA)

(U//LES) As early as January 2025, multiple websites have posted identifying information of law enforcement (LE) personnel[a] conducting lawful immigration enforcement duties. These websites are routinely updated to track, document, and publicize LE personnel movements, activities, and affiliations. The websites host and display identifying pictures,

[a] (U) Primarily Immigration and Customs Enforcement (ICE) and FBI agents but may also include other federal LE agents and/or state, local LE personnel assisting with lawful immigration enforcement duties.

locations, and other details, collected via anonymous tip submissions, which present operational risks, personal safety threats, and doxing concerns for LE personnel.

- (U) Notable areas of activity include, but are not limited to, California – primarily the Los Angeles area[b] – Florida, Texas, and the Washington, D.C. metropolitan area.
- (U) Anonymous website tip submissions include detailed information of LE personnel being tracked by pictures, videos, and their physical location on US maps.
- (U) Website submissions reference photos and videos of LE personnel – to include their families and/or associates – conducting official duties, locations of reported/known ICE presence, LE vehicles, and license plates.
- (U) Lodging/hotel locations have been shared online to note where LE personnel temporarily reside, in some instances conducting "no sleep for ICE."[c]
- (U) As of 20 June 2025, FBI Los Angeles identified over 80 records detailing ICE and other LE personnel including roles, pictures, names, social media identifiers.

(U) As of June 2025, according to open-source reporting obtained by the FBI, the following websites have been identified as posting personal and/or location information about individual LE personnel and planned or ongoing operations that raises a risk of doxing, violence, or disruption to LE operations, primarily ICE personnel:

- www.stopice.net
- www.padlet/peopleoverpapers
- www.redadalertas.com
- www.deportationtracker.live/report-raid
- www.staysafe.la
- icelistcd.com
- www.fucklapd.com
- http://icespy.org
- www.watchthewatchers.net
- www.filmthepolicela.com
- https://mrcheckpoint.com

(U) *Note: This list provides awareness for partners but may not be an all-inclusive list as these crowd-sourcing activities occur across the internet.*

## (U) CONSIDERATIONS AND OPPORTUNITIES

- (U) Provide security awareness training for all staff on doxing, digital footprint reduction, and counter-surveillance, including processes for reporting suspicious activity to chain-of-command and internal security team.
- (U) Develop standard operating procedures addressing digital hygiene (see Resources section below) and potential approaches of how and when to notify when personally victimized.

[b] (U) On 19 November 2024, the Los Angeles City Council voted to establish the City of Los Angeles as a "Sanctuary City" and prohibit any city resources, including property or personnel, from being utilized for any immigration enforcement.
[c] (U) "No Sleep For Ice" is an excessive noise movement to identify where LE personnel are temporarily residing and disturb the hotels with any loud noises, including car honking, bullhorns, or hitting pots and pans, to negatively impact LE operations.

- (U) Enhance engagement and collaboration with regional fusion centers for informal and formal coordination calls, secure communication, or recurring syncs with other partner agencies.
- (U) Audit digital footprint of personnel to include personal social media, old accounts, or anything linking them to LE roles.
- (U) Coordinate messaging with your public affairs office to aid with responses alongside LE agencies who have been similarly impacted when mass disinformation or targeting spreads online.

**(U) RESOURCES**

- (U) To report any leads, threats, and suspected criminal activity, you may also visit https://tips.fbi.gov/ or contact your local FBI Office: https://www.fbi.gov/contact-us. **Note:** *This website cannot be used to report emergencies or immediate threat to life. For emergencies or immediate threat to life, please call 911*

- (U) To submit suspicious activity reports (SARs) to the FBI, please use the unclassified information sharing system **eGuardian.** Access eGuardian via the Law Enforcement Enterprise Portal (LEEP): https://www.cjis.gov/. If the information is urgent, please contact your local FBI field office directly and follow up with an eGuardian report.

- (U) For matters related to LE safety in the context of immigration enforcement or related threats **within the Los Angeles area of responsibility**[d], please contact FBI Los Angeles at LA_CommandPost@fbi.gov or call the Los Angeles Joint Operations Center at (310) 996-3682.

- The FBI Digital Exhaust Guides titled "(TLP:GREEN) Digital Exhaust Opt-Out Guide Version 5.0 For External Partners" and "(TLP:GREEN) Digital Exhaust Triage Guide Version 5.0 For External Partners" integrates strategies and advanced AI-driven insights to further support risk mitigation for LE, DoD personnel, and their families. These guides are available on JusticeConnect in the Law Enforcement Sensitive Communications (LESC) and may be shared with any LE, DoD personnel, and USIC partners with an official need to know.

(U) THE INFORMATION IN THIS PUBLIC SAFETY AWARENESS REPORT (PSAR) PREPARED BY THE FBI OFFICE OF PARTNER ENGAGEMENT, CRIMINAL INVESTIGATIVE DIVISION, FBI LOS ANGELES, FBI SACRAMENTO, AND THE DEPARTMENT OF HOMELAND SECURITY IS PROVIDED TO ENHANCE PUBLIC SAFETY AND FOR SITUATIONAL AWARENESS PURPOSES ONLY. NO INFORMATION CONTAINED IN THIS PSAR, NOR ANY INFORMATION DERIVED THEREFROM, MAY BE USED IN ANY PROCEEDING (WHETHER CRIMINAL OR CIVIL), TO INCLUDE ANY TRIAL, HEARING, OR OTHER PROCEEDING BEFORE ANY COURT, DEPARTMENT, AGENCY, REGULATORY BODY, OR OTHER AUTHORITY OF THE UNITED STATES WITHOUT PRIOR APPROVAL FROM THE FBI. THESE RESTRICTIONS APPLY TO ANY INFORMATION EXTRACTED FROM THIS DOCUMENT AND USED IN DERIVATIVE PUBLICATIONS OR BRIEFINGS.

[d] (U) The Los Angeles area of responsibility consist of Los Angeles, Orange, Riverside, San Bernardino, Ventura, Santa Barbara, and San Luis Obispo counties.

## (U) APPENDIX A: EXAMPLE SCREENSHOT OF OPEN-SOURCE WEBSITES

UNCLASSIFIED




Source: www.fuckLAPD.com

UNCLASSIFIED




Source: www.icelist.info

# PSAR Product Feedback Form

***Fill in the below fields with as much detail as possible.***

*Public Safety Awareness Reports (PSARs) share information and intelligence to enhance awareness of FSLTT law enforcement, intelligence, and homeland security customers.*

***Your input will help OPE continue to improve future PSARs.***

| | |
|---|---|
| **YOUR AGENCY:**<br>*(enter your employer name)* | |
| **PUBLIC SAFETY CATEGORY:**<br>*(choose from the listing)* | |
| **PSAR PRODUCT ID:** | |
| **PSAR USE:**<br>**How do you plan to use the information in this PSAR to support your agency's public safety mission?** | *Observe, identify, and/or disrupt threats*<br>*Share with law enforcement, intelligence, and/or homeland security partners*<br>*Allocate more resources (e.g., personnel, equipment)*<br>*Initiate your own analysis in developing an analytical product*<br>*To better understand or reprioritize law enforcement investigations*<br>*Author or adjust policies, guidelines, preparedness efforts, training, and other response plans*<br>*Do not plan to use*<br>*Other:* |
| **What are your recommendations to improve PSAR products?** | |
| **Do you have new PSAR topic suggestions? Please share your ideas:** | |
| **Please share any other comments, thoughts, or questions with us:** | |