# EXHIBIT 18

**From:** Tennessee Fusion Center - Tennessee DOS
**To:** [redacted]
**Subject:** (U//LES) TFC Daily Intelligence Summary - 07 July 2025
**Date:** Monday, July 7, 2025 9:02:01 AM
**Attachments:** unknown.png
unknown.png
(U--LES) Violent Extremists Likely Continue to View Perimeter Security Areas and Ticketing Chokepoints Outside Sporting Venues as Viable Mass Casualty Targets.pdf
(U--LES) Cellphone App Informs Users of Federal Agents Presence Likely Posing Threat to Officer Safety.pdf --->Responsive
(U--LES) Online Portrayal of Anti-Extortion Intentions by Members of "764" to Groom Victims, as of April 2025.pdf
(U--LES) Security Threat Group Release Listing – Week Ending 28 June 2025.pdf
(U) Understanding the Mexican Cartels & "Narco" Culture, 30 September 2025 – 03 October 2025.pdf

---

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments. If you believe this to be a malicious and/or phishing email, please [redacted]

---

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# Tennessee Fusion Center

*Tennessee Department of Safety & Homeland Security*

**Daily Intelligence Summary**

TFC@tn.gov
877-250-2333

(U) The Tennessee Fusion Center (TFC) is disseminating this Daily Intelligence Summary to appropriate partners on behalf of the authoring agencies. Please note that any questions about the following products should be directed to the authoring agencies found within the attached documents. Recipients should be aware that this information has not been independently verified by the TFC. Caution should be exercised when making law enforcement decisions based on this pass-through information.

(U) If you have any questions or concerns regarding this Daily Intelligence Summary or if you would like to submit any information for the summary, please contact the TFC at (877) 250-2333 or email us at TFC@tn.gov.

**(U) Author and Product Title below. The documents are attached and may be viewed in their entirety.**

[redacted]

- **USVI FC:** ***(U//LES) Cellphone App Informs Users of Federal Agents Presence Likely Posing Threat to Officer Safety***

  (U) ICEBlock[USBUS] is marketed as a cellphone application that informs users of the locations of Immigration and Customs Enforcement (ICE) law enforcement officers (LEOs). The app serves as a crowdsourced platform that enables others to report the whereabouts and activities of federal agents with just two taps on their mobile devices. It is modeled after a previous app, Waze[USBUS], which provides driving directions based on live traffic updates. Users can also add details, such as the clothing agents are wearing or the cars they are driving. The app includes a disclaimer advising users not to interfere with a federal agency's operation or incite violence.

[redacted]

[redacted]

**(U) LES Training Events**

- **MIAC: (U) Understanding the Mexican Cartels & "Narco" Culture, 30 September 2025 – 03 October 2025**

  **(U) This course covers the complexities of the Mexican Culture in regards to its history, religion, politics, law, traditions, folklore and much more. The Course provides law enforcement professionals, and other investigators the tools to recognize "indicators" or factors and items of interest of non-criminal activity versus those of criminal activity. Participants will develop a more thorough understanding of the Mexican culture, and as such be able to provide better service to their ever-changing communities. The beginning of the course has been described as a "cultural awareness class on steroids," as it relates to both criminal and non-criminal behaviors.**

  **(U) Please send letter of intent with attendee's information and venue (see attached for venue information) of class attending in the form of an email to vigilanceprojectcourse@gmail.com, to reserve your seat(s).**

**(U) Report Suspicious Activity**

(U) The TFC encourages recipients of this document to report information concerning suspicious or criminal activity to TFC@tn.gov. If the observer believes there is an immediate threat, activity should be reported to 9-1-1.

Respectfully,

TN Department of Safety & Homeland Security

Tennessee Fusion Center
[redacted]
phone: 1-[redacted]3
email: [redacted]v
tn.gov/safety

*Notice:*
*The information contained in this email is considered confidential and sensitive in nature as well as sensitive but unclassified and/or legally privileged information. It is not to be released to the media, the general public, or to personnel who do not have a "need-to-know". This information is not to be posted on the Internet, or disseminated through unsecured channels. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*