# EXHIBIT 21

# (U//FOUO-LES) United States: Threat Activity Targeting Government Personnel or Facilities Related to Immigration Enforcement Efforts

(U//FOUO) According to an FBI Office of Partner Engagement (OPE) Public Safety Awareness Report (PSAR) dated 14 NOV 25, domestic terrorism (DT) and other criminal actors with varying social and political goals pose an increased threat to ICE personnel, ICE facilities and operations, and law enforcement officials, and first responders supporting immigration enforcement operations. Since June 2025, domestic terrorist subjects related to National Security Presidential Memorandum-7 (NSPM-7) — "Countering Domestic Terrorism and Organized Political Violence,"— have conducted two targeted, pre-planned violent attacks against ICE personnel and facilities in North Texas, as well as unplanned, reactive violent attacks which took advantage of First Amendment-protected activities nationwide. DT attacks against ICE continue to be perpetrated primarily by individuals or small groups of actors, but recent incidents are both an evolution in tactics and an escalation in violence compared to past attacks, which primarily resulted in property damage.

(U//FOUO-LES) The FBI has opened criminal and domestic terrorism investigations in response to observed threats against immigration enforcement activity across the areas of responsibility of 23 field offices. The blue shading in the map below depicts field offices which have pending investigations related to threats against immigration enforcement activity, as of 31 OCT 25. Separately, the FBI is conducting domestic terrorism investigations related to NSPM-7 across the country. The orange circles depict field offices with these pending investigations. The investigations include cases opened prior to NSPM-7 but are aligned with the definitions provided by the Memorandum. These areas could see increased threat activity in the near term.

UNCLASSIFIED//FOR OFFICIAL USE ONLY – LAW ENFORCEMENT SENSITIVE




**(U) Considerations**

(U//FOUO) As immigration enforcement operations continue, the FBI remains concerned that there is an increased risk of targeted attacks by DT and other criminal actors against ICE personnel, ICE facilities and operations, and other law enforcement officials and first responders supporting immigration enforcement operations. DT and other criminal actors probably will continue to view ICE enforcement operations as opportune targets for violence in furtherance of their political and social goals. These actors may also target ICE or other law enforcement and first responders while off duty, perceiving them as low security targets.

(U//FOUO-LES) Indicators that individuals may be planning an attack against ICE personnel, ICE facilities or operations, or other law enforcement and first responders may include conducting surveillance; conducting online research regarding when ICE personnel may be arriving at or departing from a facility or operation; stockpiling or distributing firearms with an intent to conduct an attack or discussing operational plans with other like-minded individuals via encrypted communication applications.

(U//FOUO-LES) This PSAR provides additional context to the 01 OCT 25 Joint Intelligence Bulletin "Domestic Violent Extremists Pose increased Threat of Violence to ICE Facilities and Personnel." It is meant to demonstrate the range of threat actors targeting facilities and personnel involved in immigration enforcement operations and show that such attacks are taking place throughout the United States.

(U//FOUO-LES) In response to the 25 SEP 25 Presidential Memorandum on "Countering Domestic Terrorism and Organized Political Violence," the FBI implemented the Interagency Task Force consisting of several federal agencies jointly seated at FBI Headquarters to investigate networks linked to anarchist violent extremism and evaluate the national landscape of reported threats.




**(U//FOUO-LES) Pending investigations related to immigration enforcement span different threat violations. Assaults on federal officers and domestic terrorism investigations represent the highest proportions of pending investigations.**

(U) NSPM-7: On 25 SEP 25, the President of the United States signed NSPM-7, "Countering Domestic Terrorism and Organized Political Violence," which directs the Attorney General to designate domestic terrorism as a national priority, and the National Joint Terrorism Task Force and its local offices (collectively, JTTFs) to investigate potential federal crimes relating to acts of recruiting or radicalizing persons for the purpose of:

• (U) Political violence, terrorism, or conspiracy against rights, or
• (U) The violent deprivation of any citizens' rights; and
• (U) Institutional and individual funders, and officers and employees of organizations, that are responsible for, sponsor, or otherwise aid and abet the principal actors engaging in the criminal conduct described in subsections (1) and (b) of NSPM-7. (FBI OPE, PSAR, Product Number: OPE-26-G-003, 14 NOV 25)

[redacted]