# EXHIBIT 34

**DECLARATION OF FLANNERY CLARK**

I, Flannery Clark, declare as follows:

1. I am a resident of South Minneapolis, Minnesota, where I have lived for 12 years.

2. On the morning of December 11, 2025, I was in my car, parked on Riverside Ave. in Minneapolis in view of the Cedar Riverside Complex.

3. I watched from my car as 6 men wearing HIS vests and face coverings departed from the Cedar Riverside Complex and got into three different vehicles.

4. 2 men got in a black Expedition, 2 men got in a silver Explorer, and 2 men got in a black pick-up truck.

5. All three vehicles pulled out.

6. I pulled out as well and was driving a normal distance behind the silver Explorer, with the other two vehicles behind me.

7. I was driving home which takes me south on Cedar Avenue – the same direction the silver Explorer and the other 2 vehicles were going.

8. After approximately two minutes of driving, the silver Explorer suddenly slammed on its brakes, coming to a complete stop for no apparent reason.

9. This caused me to stop in the middle of the road as well, as I was still behind the silver Explorer.

10. After a brief stop, the silver Explorer resumed driving and I continued behind it, heading home on Cedar Avenue.

11. When I reached the intersection of Franklin Avenue and 17th Ave under the Hiawatha light rails, the black pick-up behind me activated its lights.

12. I pulled over to the side of the road in response.

13. The pick-up truck and the black Expedition also pulled over.

14. Suddenly, the silver Explorer that was in front of me reversed directions, raced backwards, and slammed to a stop right in front of my car.

15. I was terrified.

16. All the agents got out of their vehicles and surrounded my car: 2 men stood on the driver side of the car, 2 men in back of the car, and 2 in front of the car.

17. They stood with their hands on their holstered guns.

18. They were yelling at me.

19. I kept all my windows up.

20. A man from the pick-up truck who was next to my window yelled “Are you following my agents? You’re putting my agents at risk.” He also yelled that what I was doing was illegal.

21. I replied through my closed window that it was a public road and that I was not doing anything wrong.

22. The man indicated that he could not hear me, but I did not open my window.

23. After that, they left.

24. I was really shaken up and sat in my car for a bit.

25. Other drivers – who were stuck at a standstill because we were blocking traffic – got out of their cars to check on me.

26. One driver offered to drive with me to a safer place.

27. I took her up on the offer, drove to somewhere out of the way, parked, and sobbed.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on Dec 13, 2025 in Hennepin County, State of Minnesota.

*Flannery M Clark*

Flannery Clark