# EXHIBIT 38

YouTube Search




## FULL REMARKS: Hegseth And Bondi Address The Memphis Safe Task Force

Forbes Breaking News
5.56M subscribers

Subscribe | 192 | Share | Ask | Save

12,597 views Oct 1, 2025