# EXHIBIT 39

YouTube Search




**U.S. Marshals Director Serralta on the Make Memphis Safe Task Force: Unmuted with Marsha**

Senator Marsha Blackburn
28K subscribers

Subscribe

26 Share Ask Save

386 views Nov 3, 2025 Unmuted With Marsha