# EXHIBIT 40

E-FILED
9/15/2025 5:49 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

**IN THE CHANCERY COURT FOR THE STATE OF TENNESSEE
TWENTIETH JUDICIAL DISTRICT, DAVIDSON COUNTY, PART IV**

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION and MICHAEL C. HOLLEY,** | ) | |
| **Plaintiffs/Petitioners,** | ) | |
| **v.** | ) | **No. 25-1126-IV** |
| | ) | **Chancellor Russell T. Perkins** |
| **TENNESSEE DEPARTMENT OF SAFETY AND HOMELAND SECURITY and JEFF LONG, in his official capacity as Commissioner of the Tennessee Department of Safety and Homeland Security,** | ) | |
| **Defendants/Respondents.** | ) | |

## AFFIDAVIT OF COLONEL MATT PERRY

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

I, Colonel Matt Perry, having first been duly sworn according to law, makes oath upon my personal knowledge as follows:

1. I, Colonel Matt Perry, am an adult over eighteen years of age and competent to testify. I provide the information below to the best of my knowledge, under penalty of perjury.

2. I am the Colonel of the Tennessee Highway Patrol. I was sworn in as Colonel by Governor Bill Lee in December of 2020. I have almost 22 years with the Tennessee Highway Patrol and 2 years with Williamson County Sheriff Office. I have been a Sergeant, Lieutenant, Captain, Major, and Lieutenant Colonel prior to becoming Colonel in 2020. I also served and supervised both the Field and Administrative Bureaus of the Tennessee Highway Patrol. My

position and experience make me capable of speaking on potential safety concerns, operational vulnerabilities, and threats to both the Department and the troopers who work within the Tennessee Highway Patrol.

3. Maintaining the safety of troopers is one of my top priorities within the Department.

4. When determining whether or not a trooper's name, badge number, or car number should be released to the public, I assess the potential safety concerns to the troopers I oversee and the operational safety of the Tennessee Highway Patrol as a whole.

5. The highly politicized nature of immigration enforcement both in Tennessee and across the United States has created increased tensions in the community and increased threats to those law enforcement officers who are involved in immigration enforcement.

6. Releasing the names, badge numbers, or car numbers of troopers involved in immigration enforcement creates a very real safety concern for those troopers. This information makes it very easy for bad actors to target troopers and their families. I have seen both in the Department and across the country where releasing this identifiable information has led to:

- Threatening letters and packages going to the troopers' personal residences;
- Destruction and vandalism of personal property;
- The fear of personal attacks on themselves and their families;
- Harassing and threatening messages on social media to the trooper and their families; and
- Doxing, scams, and potential cyber-attacks.

7. Because of the very real and serious threats that I have seen in Tennessee and across the country, the decision was made to make sure these troopers, and their families, did not become potential targets. The only way to do this was to not release the identifiable information that could be used against them and their families.

8. Based on the operational vulnerability and safety of the operations of the Tennessee Highway Patrol, the decision was made to not release the identifiable information of the troopers involved in the immigration enforcement.

9. Operational vulnerability means that if the information were released to the public, it would make the law enforcement agency vulnerable to attacks or not being able to perform their job functions safely.

10. Releasing names, badge numbers, car numbers, and unit numbers could create the following operational vulnerabilities:

- Bad actors would be able to locate troopers' personal addresses and target or threaten them;
- Persons would be able to track a trooper's movements from once they begin their shift to when they end their shift;
- It could compromise other investigations or operations that trooper is apart of;
- Persons could show up to traffic stops and attempt to intervene in dangerous situations; a scenario which has already happened;
- It could give out locations of operations in an attempt to get the public to come and disrupt operations. This creates a serious safety risk for both the officer and the public and is a scenario which I have already seen happen. When this happens, it creates situations where, for the safety of officers and the public, we have to pull in additional resources, including pulling troopers from other duties and operations leaving those areas unprotected; and
- Unit numbers would also allow bad actors to compromise the security of our dispatch system, as the unit numbers are directly tied to how troopers log into the computerized dispatch system.

11. For the reasons I have listed here, the Tennessee Department of Safety and Homeland Security made the decision that the threat to the officer's safety and the operations of the Tennessee Highway Patrol were too great to release the identifiable information of those troopers involved in immigration enforcement.

FURTHER AFFIANT SAITH NOT.

AFFIANT

Sworn and subscribed to before me this 8th day of September, 2025

Notary Public

My commission expires: 5/8/2029

MATTHEW LOVIN
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY
MY COMMISSION EXPIRES 5-8-2029