# EXHIBIT 45

# THP leadership denies knowledge of ICE operation conduct

NB nashvillebanner.com/2026/02/26/thp-ice-conduct-video-heidi-campbell

Sarah Grace Taylor February 26, 2026




During a budget hearing on Wednesday, Tennessee Highway Patrol leadership claimed to be “unaware” of conduct captured on video during a joint operation with Immigration and Customs Enforcement. THP Colonel Matt Perry was pressed by a state senator to respond to footage of troopers using disparaging remarks about targets of the operation and apparently competing to make the most stops that resulted in immigration arrests.

Last week, the *Banner* published an investigation into more than 50 hours of footage from the first night of a weeklong dragnet operation during which 8-10 teams consisting of one state trooper and a varying number of federal agents swept South Nashville last May, making more than 600 traffic stops, which resulted in around 150 immigration related arrests. The footage

showed law enforcement using slurs, marking on people to claim which "team" made the arrest and apparently competing to make more than other teams.

Sen. Heidi Campbell (D–Nashville) addressed Perry about the investigation during a budget hearing on Wednesday, adding to efforts by other state and local officials to get the agency to respond to the conduct reported by the *Banner*.

Perry told Campbell he would give limited responses because "this is being litigated."

"We made traffic stops for probable cause violations, that's all we ever make traffic stops for," Perry said. "And that's what we did. We did what we normally do."

"Now troopers saying things, and our cameras picking up ICE agents saying inappropriate things, we will handle that and address that," Perry added. "We expect higher of our people."

Campbell had also asked Perry whether THP sanctioned or was aware of teams of agents and troopers competing against each other to make the most stops resulting in the arrests, which the *Banner* reported. Perry dismissed that claim, noting that ICE does not have authority to make traffic stops, apparently misunderstanding the claim.

The footage did not show all of ICE competing against all of THP, but rather numbered teams, each consisting of one trooper and some number of federal agents who were paired to make stops and arrests, competing against similar teams.

Perry then reiterated that the troopers were out to ensure public safety, focusing on "hazardous moving violations and things like that," despite statistics showing a sharp decline in citations during the operation. Troopers made more stops than typical, most of which were for nonmoving violations.

When Campbell asked Perry for his "official disposition on derogatory language toward members of the public," Perry did not directly address the conduct in the footage from the ICE operation, but rather explained the agency's complaint procedure.

"We get rudeness complaints from troopers all across the state — I won't say daily, but weekly — where a trooper might use some bad language, or poor language, or somebody thought the trooper was too harsh, and we investigate every one of those until the investigation is complete," Perry said. "And if it's founded, if body cam and other evidence corroborates a trooper said or did something inappropriate, then we discipline them according to our policy."

Asked to address footage of ICE agents physically marking detainees to track which team made arrests, Perry said he was "unaware," of the competition, even six days after the

*Banner* published related footage owned, vetted and redacted by THP, weeks after THP was asked to address the conduct described in the story, and more than nine months since the operation concluded.

“I’m not aware of a competition,” Perry said. “Like I said, we make traffic stops for probable cause violations. I don’t know anything about marking of skin.”

THP did not respond to follow-up questions from the *Banner* about the exchange, what “litigation” was preventing them from discussing or how THP leadership would be “unaware” of behavior documented by department body cameras and published publicly by the *Banner*.