**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**HUNTER DEMSTER, JESSICA CHODOR,
KENNETH HALT, and MELISSA PEELER**

      **Plaintiffs,**

**v.**                                                         **Case No. 2:26-cv-02546-MSN-atc**

**TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States;** *et al.*

      **Defendants.**

---

**FEDERAL DEFENDANTS'[1] UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

---

The Federal Defendants[2] move the Court to extend the time within which they are required to respond to Plaintiffs' Motion for Preliminary Injunction. (ECF No. 16). The U.S. Attorney's Office for the Western District of Tennessee was served with a copy of the Motion on June 2, 2026; therefore, a response on behalf of the Federal Defendants is due June 16, 2026. The Federal

---

[1] "Federal Defendants" refers to Todd Blanche, in his official capacity as Acting Attorney General of the United States; Gadyaces Serralta, in his official capacity as Director of the U.S. Marshals Service and Chair of the Memphis Safe Task Force; Tyreece L. Miller, in his official capacity as U.S. Marshal for the Western District of Tennessee; Chad Hunt, in his official capacity as Chief Inspector for the U.S. Marshals Service and Commander of the Memphis Safe Task Force; Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; John Condon, in his official capacity as Acting Executive Associate Director of Homeland Security Investigations; Colin Jackson, in his official capacity as Acting Special Agent in Charge for HSI Nashville; Rodney Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection; Michael Banks, in his official capacity as Chief of the U.S. Border Patrol.

[2] Plaintiffs have not properly served the Federal Defendants, and, by filing this motion, they are not waiving their right to proper service or any other defenses.

Defendants request an additional 10 days to file their response, which would make their deadline to respond June 26, 2026. Plaintiffs do not oppose this extension of the deadline.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that an unexpired deadline may be extended for good cause. Federal Rule 6(b) should be construed in accordance with the general mandate of Federal Rule 1 that the rules should be administered "to secure the just, speedy, and inexpensive determination of every action and proceeding." 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (4th ed.). A request for an extension of an unexpired deadline should usually be granted absent bad faith on the part of the requesting party or prejudice to the adverse party. *Id.*

Plaintiffs filed a Motion for Preliminary Injunction related to the operation of the Memphis Safe Task Force in Memphis, Tennessee and their interactions with Plaintiffs. Their motion consists of a memorandum of law (ECF No. 16-2), as well as numerous exhibits of well over 300 pages of documents and videos. Good cause exists for the requested extension. Counsel for the Federal Defendants needs additional time to review the voluminous documents and discuss issues regarding the motion with the multiple agency defendants. A 10-day extension will allow the Federal Defendants' counsel to evaluate the issues in the motion and prepare a response. In addition, Plaintiffs have no objection to this extension.

## CONCLUSION

For the foregoing reasons, the Federal Defendants request that the Court extend their deadline to respond to Plaintiffs' Motion for Preliminary Injunction up to and including June 26, 2026.

Date:   June 15, 2026

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

By: *s/ Melanie R. Dunlap*
Melanie R. Dunlap (TN BPR #22477)
Jennifer H. Collins (TN BPR #27985)
Assistant United States Attorney
167 North Main St., Ste. 800
Memphis, Tennessee 38103
Phone: 901-544-4231
Fax: 901-544-4230
melanie.dunlap@usdoj.gov
jennifer.collins2@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed via the Court's CM/ECF system and thereby served on this 15th day of June 2026, upon all counsel of record.

*s/ Melanie R. Dunlap*
Assistant United States Attorney

3