**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| HUNTER DEMSTER, JESSICA CHODOR, KENNETH HALT, AND MELISSA PEELER, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 2:26-cv-02546-MSN-atc <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE
ON MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO COMPLAINT**

For good cause, the parties in this action jointly move the Court to establish a briefing schedule for Plaintiffs' motion for preliminary injunction (ECF 16) and responsive pleadings to the Complaint (ECF 1). Plaintiffs allege that the Federal Defendants and Defendant Perry maintain a policy, pattern, and practice of retaliation against them in violation of the First Amendment. Plaintiffs further allege that Defendants' application of the Tennessee Halo Law against them violates the First Amendment. The parties have been served on different dates, thus creating different responsive deadlines. In addition, the motion involves a large amount of information and documents. Plaintiffs request leave to reply to any responses in opposition to their motion for a preliminary injunction. Defendants do not oppose this request. A briefing schedule would help streamline the process for all parties and would give them enough time to fully consider the arguments and draft a response or reply. Therefore, the parties request the following deadlines:

| | |
|---|---|
| All Defendants' responses to motion for preliminary injunction | July 8, 2026 |

| | |
|---|---|
| Plaintiffs' replies | July 29, 2026 |
| Hearing on Motion | no earlier than August 24, 2026 |
| Defendants' pleadings in response to Complaint | 30 days after ruling on motion for preliminary injunction |

Respectfully submitted,

s/ Ken Sexauer by permission 6/23/2026
Ken Sexauer*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
ksexauer@aclu.org
*Admitted *Pro Hac Vice*
*Counsel for Plaintiffs*

**D. MICHAEL DUNAVANT**
**United States Attorney**
**Western District of Tennessee**

s/ Melanie R. Dunlap by permission 6/23/2026
Melanie R. Dunlap, BPR #22477
Assistant United States Attorney
United States Attorney's Office
Western District of Tennessee
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
Phone: (901) 544-4231
melanie.dunlap@usdoj.gov
*Counsel for Federal Defendants*

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103-1877
Phone: 901-543-4162
david.rudolph@ag.tn.gov
*Counsel for State Defendants*

2