**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

HUNTER DEMSTER,
JESSICA CHODOR,
KENNETH HALT, and
MELISSA PEELER,

      Plaintiffs,

v.                                                                    Case No. 2:26-cv-2546-MSN-atc

TODD BLANCHE, in his official capacity
as Acting Attorney General of the United States;
GADYACES SERRALTA, in his official
capacity as Director of the U.S. Marshals
Service and Chair of the Memphis Safe
Task Force;
TYREECE L. MILLER, in his official
capacity as U.S. Marshal for the Western
District of Tennessee;
CHAD HUNT, in his official capacity
as Chief Inspector for the U.S. Marshals
Service and Commander of the Memphis
Safe Task Force;
MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S. Department
of Homeland Security;
JOHN CONDON, in his official capacity as
Acting Executive Associate Director of
Homeland Security,
COLIN JACKSON, in his official capacity as
Acting Special Agent in Charge for HSI Nashville;
RODNEY SCOTT, in his official capacity as
Commissioner of U.S. Customs and Border
Protection;
MICHAEL BANKS, in his official capacity
as Chief of the U.S. Border Patrol; and
MATT PERRY, in his official capacity as head
of the Tennessee Highway Patrol,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE ON
MOTION FOR PRELIMINARY INJUNCTION AND RESPONSE TO COMPLAINT**

---

Before the Court is the parties' Joint Motion to Establish Briefing Schedule on Motion for Preliminary Injunction and Response to Complaint (ECF No. 29, "Joint Motion"). For good cause shown, the Joint Motion is **GRANTED**. Plaintiffs are granted leave to file a reply in support of their Motion for Preliminary Injunction (ECF No. 16) following Defendants' responses to Plaintiffs' motion. In addition, the parties proposed deadlines are approved as follows:

| | |
|---|---|
| All Defendants' responses to motion for preliminary injunction | July 8, 2026 |
| Plaintiffs' replies | July 29, 2026 |
| Hearing on Motion | no earlier than August 24, 2026 |
| Defendants' pleadings in response to Complaint | 30 days after ruling on motion for preliminary injunction |

In addition, the parties are **ORDERED** to consult and file a joint notice within 14 days of the date of this Order advising the Court of (1) their availability for a hearing on Plaintiff's Motion for Preliminary Injunction, and (2) the amount of time they anticipate will be needed for that hearing.

**IT IS SO ORDERED**, this 6th day of July, 2026.

s/ Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2