# EXHIBIT

# 1

WSMV4
69°
Nashville, TN
Watch Live News WSMV4 Investigates First Alert Weather Submit Photos & Video

ADVERTISEMENT

# This Tennessee city has highest violent crime rate in the country. See where your home ranks

A WSMV analysis explores where violent crime is most common in the country

## Take a look at how your city's violent crime rate compares to others in Tennessee in 2024

The average violent crime rate for cities with a population of 50K or more is about 278, according to a WSMV analysis of FBI data




*Data calculations and chart include cities with populations of 50K or higher. Violent crime rate indicates number of*

Two major Tennessee cities ranked among the 15 large U.S. cities with the highest violent crime rates in 2024. (Chasity Maynard/WSMV via Datawrapper)

By Chasity Maynard

*Published: Sep. 5, 2025 at 6:35 PM CDT*

Share
Add as a preferred source on Google

NASHVILLE, Tenn. (WSMV) - Two major Tennessee cities ranked among the 15 large U.S. cities with the highest violent crime rates in 2024.

A WSMV analysis of FBI data released last month found that Memphis had the highest rate of violent crime, coming in at 2,501 instances of violent crime for every 100,000 people. Nashville has the 13th-highest rate at 1,124 for every 100,000 people.

But Tennessee was not alone. Two California cities also made the list of the 15 cities with the highest rates of crime in 2024.

See below to compare your city to others across the state and country.

ADVERTISEMENT

## Nashville, Memphis among US cities with highest violent crime rate in 2024

Mephis had the worst rate in the country and Nashville's was the 13th-worst. Both far exceeded the national average for large cities in the US, which was 706

Search in table

Page 1 of 5 >

| | State | City | Violent Crime Rate |
|---|---|---|---|
| 1 | **TENNESSEE** | **Memphis** | 2,501 |
| 2 | CALIFORNIA | Oakland | 1,925 |
| 3 | MICHIGAN | Detroit | 1,781 |
| 4 | MARYLAND | Baltimore | 1,606 |
| 5 | OHIO | Cleveland | 1,561 |
| 6 | MISSOURI | Kansas City | 1,547 |
| 7 | WISCONSIN | Milwaukee | 1,431 |
| 8 | MISSOURI | St. Louis | 1,367 |
| 9 | NEW MEXICO | Albuquerque | 1,182 |
| 10 | MINNESOTA | Minneapolis | 1,160 |
| 11 | TEXAS | Houston | 1,148 |
| 12 | CALIFORNIA | Stockton | 1,146 |
| 13 | **TENNESSEE** | **Nashville** | **1,124** |
| 14 | OHIO | Toledo | 1,041 |
| 15 | ALASKA | Anchorage | 1,015 |
| 16 | COLORADO | Denver | 993 |
| 17 | COLORADO | Aurora | 948 |
| 18 | OKLAHOMA | Tulsa | 942 |
| 19 | DISTRICT OF COLUMBIA | Washington | 926 |
| 20 | NORTH CAROLINA | Greensboro | 924 |

*Data calculations and chart include cities with populations of 250K or higher. Violent crime rate indicates number of violent crimes that occur among every 100,000 people.*

## Memphis has highest violent crime rate in Tennessee and US, more than doubling Nashville's rate last year

Memphis had about 1,250 incidents of violent crime per 50K people in 2024, which is over four times the state average of 278

Search in table

| | City | Violent Crime Rate |
|---|---|---|
| 1 | Memphis | 1,251 |
| 2 | Nashville | 562 |
| 3 | Jackson | 475 |
| 4 | Chattanooga | 412 |
| 5 | Knoxville | 370 |
| 6 | Kingsport | 221 |
| 7 | Murfreesboro | 210 |
| 8 | Clarksville | 205 |
| 9 | Johnson City | 201 |
| 10 | Lebanon | 172 |
| 11 | Smyrna | 139 |
| 12 | Bartlett | 125 |
| 13 | Gallatin | 104 |
| 14 | Spring Hill | 82 |
| 15 | Collierville | 75 |
| 16 | Franklin | 66 |
| 17 | Hendersonville | 62 |

*Data calculations and chart include cities with populations of 50K or higher. Violent crime rate indicates number of violent crimes that occur among every 50,000 people.*