# EXHIBIT

# 2

ADVERTISEMENT

# At least 48 gangs are active in Memphis, according to MPD's Multi-Agency Gang Unit




Dozens of gangs are active in Memphis, according to information presented before Memphis City Council on Tuesday.

By Imani Williams
*Published: Nov. 26, 2024 at 7:30 PM CST* | *Updated: Nov. 26, 2024 at 7:38 PM CST*

MEMPHIS, Tenn. (WMC) - Dozens of gangs are active in Memphis, according to information presented before Memphis City Council on Tuesday.

Leaders within the Memphis Police Department's Multi-Agency Gang Unit (MGU) say there are at least 48.

MPD says a lot of the crime in Memphis is domestic-related and not gang-related, but that does not take away that there are still gang-related crimes happening in the city that MPD is aware of.

MGU leaders shared what gangs they are keeping a watch on, and it's not just the well-known national gangs.

MPD leaders said the subset gangs are also causing some of the violent crimes around the city.

"We have the national gangs, but what we have within the city are what they call 'subset gangs,'" said Colonel Frank Winston with MPD's MGU.

One of the subset gangs is "All Off the Blade," also known as AOB.

MPD said it is a group of *very* violent men and women.

"Some names come up from time to time. Some of them are more active than others. The team recently did a couple of operations," said CJ Davis, interim MPD Police Chief.

Recently, the MGU conducted Operation "All off Boyd," which was based in the area of Tate and Boyd Streets in Memphis, where much of the gang is located.

During that operation, investigators identified two men who police said were AOB members. Those men were caught in Nashville.

"We received information, real-time information, and found them located in a house, in the insulation, hiding in the attic," said Col. Winston.

Nashville Metro Police identified the two men as Kaimon Carwell and Marvin Roper, both of Memphis.

Carwell was wanted in Memphis on multiple charges including first-degree murder. Roper was also wanted in Memphis on multiple charges including felony theft, vehicle burglary, and gun theft.

MPD's interim police chief also told the city council Tuesday that the department has not identified any activity from the Venezuelan gang that the Tennessee Bureau of Investigation warned of earlier this month.

**SEE STORY — Memphis police 'haven't seen anything' regarding Venezuelan gang presence in city, interim chief says**

MPD leaders also noted that in the first two months of operating their new Fugitive Task Force Unit, they have arrested over 600 people, 400 of whom had violent warrants.

*Click here to sign up for our newsletter!*

*Click here to report a spelling or grammar error. Please include the headline.*

*Copyright 2024 WMC. All rights reserved.*

ADVERTISEMENT

## Most Read

**Blood pressure medication recalled for potential ineffectiveness**