# EXHIBIT

# 3

West's Tennessee Code Annotated
Title 39. Criminal Offenses
Chapter 16. Offenses Against Administration of Government (Refs & Annos)
Part 6. Obstruction of Justice (Refs & Annos)

T. C. A. § 39-16-612

# § 39-16-612. Law enforcement officers; approaching officers during official duties

Effective: July 1, 2025
Currentness

(a) A person commits an offense who intentionally approaches, within twenty-five feet (25′), a law enforcement officer after the officer has ordered the person to stop approaching or to retreat and the officer is lawfully engaged in the execution of official duties involving:

(1) A lawful traffic stop;

(2) An active investigation of the scene of an alleged crime; or

(3) An ongoing and immediate threat to public safety.

(b) It is an affirmative defense to a violation of subsection (a) that the lawful order was not received or understood by the person and was not capable of being received or understood under the conditions and circumstances that existed at the time of the issuance of the order.

(c) A violation of subsection (a) is a Class B misdemeanor.

**Credits**
2025 Pub.Acts, c. 409, § 5, eff. July 1, 2025.

T. C. A. § 39-16-612, TN ST § 39-16-612
Current with effective legislation through Chapter 1073 of the 2026 Second Regular Session of the 114th Tennessee General Assembly and through the 2026 Second Extraordinary Session of the 114th Tennessee General Assembly. Some sections may be more current; see credits for details. Pursuant to §§ 1-1-110, 1-1-111, and 1-2-114, the Tennessee Code Commission certifies the final, official version of the Tennessee Code and, until then, may make editorial changes to the statutes. References to the updates made by the most recent legislative session should be to the Public Chapter and not to the T.C.A. until final revisions have been made to the text, numbering, and hierarchical headings on Westlaw to conform to the official text. Unless legislatively provided, section name lines are prepared by the publisher.

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.