**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| HUNTER DEMSTER *et al*.,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*, *et al*.,<br><br>　　　　　*Defendants*. | Case No. 26–cv–02546 |

**JOINT NOTICE OF AVAILABILITY FOR HEARING**

Pursuant to this Court's Order dated July 6, 2026 (ECF No. 32), the parties have conferred and respond as follows:

1.　　　Counsel for Plaintiffs are available every day from August 24 through September 30, 2026. Plaintiffs do not oppose any specific date but respectfully seek the earliest possible hearing on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 16).

2.　　　Counsel for Federal Defendants are available September 2, September 10, September 16, September 17, September 22–25, and September 29, 2026 for a hearing.

3.　　　Counsel for State Defendants are <u>unavailable</u> the first two weeks of September (September 1–4; September 7–11, 2026).  Counsel for State Defendants are available September 14–18; September 21–24; and September 28–30, 2026.  After reviewing the Court's calendar and the other matters that are already set, Counsel for State Defendants propose September 22, 2026 or September 23, 2026, for the hearing.

4.　　　The parties jointly request half a day for argument, with no evidentiary hearing required.

Dated: July 20, 2026

Respectfully submitted,

/s/ Ken Sexauer
Ken Sexauer*
Staff Attorney
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
ksexauer@aclu.org

*Counsel for Plaintiffs*

/s/ Melanie R. Dunlap
Melanie R. Dunlap, BPR #22477
Assistant United States Attorney
United States Attorney's Office
Western District of Tennessee
167 N. Main Street, Suite 800
Memphis, TN 38103
Tel: (901) 544-4231
melanie.dunlap@usdoj.gov

*Counsel for Federal Defendants*

/s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Tel: 901-543-4162
david.rudolph@ag.tn.gov

*Counsel for State Defendants*


*Admitted *Pro Hac Vice*