*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

---

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

**July 20, 2026**

RE:    **2:26-cv-02546-MSN**
       **Hunter Demster, et al. v. Todd Blanche, et al.**

Dear Sir/Madam:

A **HEARING on Plaintiff's Motion [16] for Preliminary Injunction** has been **SET** before **Judge Mark S. Norris** for **WEDNESDAY, SEPTEMBER 23, 2026 at 1:30 PM in Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact me at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
    BY: *s/Zandra Frazier*
    Zandra Frazier, Case Manager
    901-495-1277
    zandra_frazier@tnwd.uscourts.gov