**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

HUNTER DEMSTER *et al.*,

*Plaintiffs*,

v.

TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*, *et al.*,

*Defendants*.

Case No. 26–cv–2546

**NOTICE OF SUPPLEMENTAL MATERIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs hereby give notice of their submission of the following materials in support of their Motion for Preliminary Injunction, ECF No. 16:

- **Exhibit 1:** First Supplemental Declaration of Hunter Demster and attached exhibits.
- **Exhibit 2:** Correspondence between counsel dated September 2–September 4, 2026.

Plaintiffs provide the following context for these materials:

1. On May 28, 2026, Plaintiffs filed their Motion for Preliminary Injunction, supporting memorandum of law, and supporting declarations. ECF Nos. 16 to 16-58. On July 6, 2026, Federal Defendants filed their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF Nos. 34 to 34-3. On July 8, 2026, State Defendants filed their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF Nos. 39 to 39-5. On July 29, 2026, Plaintiffs filed their Reply to Federal Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF No. 44 to 44-2. That same day, Plaintiffs filed their Reply to State Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF

No. 45. Plaintiffs also filed a Notice of Supplemental Authority on August 21, 2026. ECF No. 46. A hearing on the Motion for Preliminary Injunction is currently set for September 23, 2026.

2. On August 26, 2026, Memphis Safe Task Force ("Task Force") agents invoked the Halo Law against Plaintiff Hunter Demster before handcuffing him. On August 30, 2026, a group of Task Force agents amassed across the street from Plaintiff Demster's house and an agent photographed or filmed Plaintiff Demster and his house. On September 3, 2026, two Task Force agents in a Task Force vehicle sat directly outside Plaintiff Demster's house and one of the agents photographed or filmed Plaintiff Demster. Plaintiffs attach the Supplemental Declaration of Hunter Demster, which describes these events and attaches video exhibits. Ex. 1.

3. Plaintiffs also attach correspondence between counsel, which documents the parties' communications regarding the events described above. Ex. 2.

4. Plaintiffs submit these materials to update the factual record before the Court in light of Plaintiffs' pending Motion for Preliminary Injunction. Plaintiffs raise no new legal argument by this Notice.

Dated: September 8, 2026

Respectfully Submitted,

*/s/ Scarlet Kim*

Zee Scout (BPR# 042637)
Lucas Cameron-Vaughn (BPR# 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
zscout@aclu-tn.org
lucas@aclu-tn.org

Scarlet Kim*
Ken Sexauer*
Brian Hauss*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
scarletk@aclu.org
ksexauer@aclu.org
bhauss@aclu.org

Matthew Borden
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
borden@braunhagey.com

Marissa R. Benavides
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Tel: (646) 829-9403
benavides@braunhagey.com

Faith E. Gay (Bar No. 2117117)
Corey Stoughton (Bar No. 4152633)
Katherine Buoymaster (Bar No. 6096903)
Sylvia Woodmansee (Bar No. 6136618)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
fgay@selendygay.com
cstoughton@selendygay.com
kbuoymaster@selendygay.com
swoodmansee@selendygay.com

** Admitted Pro Hac Vice*

*Attorneys for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I caused Plaintiffs' Notice of Supplemental Materials in Support of Plaintiffs' Motion for Preliminary Injunction and Exhibits 1 and 2 to be filed via the Court's CM/ECF system and thereby served on this 8th day of September 2026, upon all counsel of record.

Dated: September 8, 2026

Respectfully Submitted,

*/s/ Scarlet Kim*
Scarlet Kim*

** Admitted Pro Hac Vice*

*Attorney for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*