**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

HUNTER DEMSTER,
JESSICA CHODOR,
KENNETH HALT, and
MELISSA PEELER,

Plaintiffs,

v. Case No. 2:26-cv-2546-MSN-atc

TODD BLANCH, *in his official capacity as Acting Attorney General of the United States*;

GADYACES SERRALTA, i*n his official capacity as Director of the U.S. Marshals Service and Chair of the Memphis Safe Task Force*;

TYREECE L. MILLER, i*n his official capacity as U.S. Marshal for the Western District of Tennessee*;

CHAD HUNT, *in his official capacity as Chief Inspector for the U.S. Marshals Service and Commander of the Memphis Safe Task Force*;

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*;

TODD LYONS, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;

JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*;

COLIN JACKSON, *in his official capacity as Acting Special Agent in Charge for HSI Nashville*;

RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*;

MICHAEL BANKS, *in his official capacity as Chief of the U.S. Border Patrol*;

MATT PERRY, *in his official capacity as head of the Tennessee Highway Patrol*; and

STEVEN J. MULROY, *in his official capacity as District Attorney for Shelby County, Tennessee*,

Defendants.

---

**ORDER DENYING THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS'S MOTION TO ALLOW REMOTE LISTENING TO THE SEPTEMBER 23, 2026 PRELIMINARY INJUNCTION HEARING**

---

Before the Court is The Reporters Committee for Freedom of the Press's ("RCFP") Motion to Allow Remote Listening to the September 23, 2026 Preliminary Injunction Hearing (ECF No. 51, "Motion") filed September 20, 2026. RCFP is represented by counsel from Brentwood, Tennessee who "would like to be able to listen to the preliminary injunction hearing remotely." (ECF No. 51 at PageID 1186). RCFP's counsel acknowledges that the Guide to Judiciary Policy of the Judicial Conference of the United States "does not create any right of . . . the public to live remote public audio access to any proceeding." (*Id.*)

Opening the proceedings as requested is, however, administratively challenging for several reasons, including that the Court is unable to mute remote listeners, creating the potential of disruption, inadvertent or otherwise. The convenience of the RCFP is thus outweighed by the Court's need to minimize disruptions to ensure orderly proceedings. The Motion is **DENIED**.

**IT IS SO ORDERED**, this 22nd day of September, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE