**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| HUNTER DEMSTER *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, *in his official capacity as Acting Attorney General of the United States*, *et al.*,<br><br>*Defendants*. | Case No. 26–cv–02546 |

**PLAINTIFFS' MOTION FOR REMOTE ACCESS TO HEARING ON MOTION FOR PRELIMINARY INJUNCTION VIA MICROSOFT TEAMS**

Plaintiffs respectfully request that this Court make available an audio call-in line for remote listening to the September 23, 2026 hearing in the above-captioned case. As grounds for this Motion, Plaintiffs state as follows:

1. Plaintiffs' Motion for a Preliminary Injunction, Dkt. No. 16, is currently scheduled for hearing at 1:30 p.m. on Wednesday, September 23, 2026, in Courtroom 4 of the Federal Building in Memphis, Tennessee, Dkt. No. 41.

2. Certain counsel will not be able to attend the hearing in person.

3. The parties have conferred and Defendants do not oppose this Motion.

4. Plaintiffs therefore respectfully request that the Court permit the following counsel to access the hearing via Microsoft Teams: Brian Hauss (bhauss@aclu.org), Corey Stoughton (cstoughton@selendygay.com), Katherine Buoymaster (kbuoymaster@selendygay.com), Marissa Benavides (*pro hac vice* application pending)

(benavides@braunhagey.com), and Matthew Borden (*pro hac vice* application forthcoming) (borden@braunhagey.com).

Dated: September 22, 2026

Respectfully Submitted,

*/s/ Lucas Cameron-Vaughn*
Zee Scout (BPR# 042637)
Lucas Cameron-Vaughn (BPR# 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7260
zscout@aclu-tn.org
lucas@aclu-tn.org

Matthew Borden***
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
borden@braunhagey.com

Marissa R. Benavides**
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Tel: (646) 829-9403
benavides@braunhagey.com

Ken Sexauer*
Scarlet Kim*
Brian Hauss*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
ksexauer@aclu.org
scarletk@aclu.org
bhauss@aclu.org

Faith E. Gay (Bar No. 2117117)
Corey Stoughton (Bar No. 4152633)
Katherine Buoymaster (Bar No. 6096903)
Sylvia Woodmansee (Bar No. 6136618)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
fgay@selendygay.com
cstoughton@selendygay.com
kbuoymaster@selendygay.com
swoodmansee@selendygay.com

*Admitted *Pro Hac Vice*
***Pro Hac Vice* application pending
****Pro Hac Vice* application forthcoming

*Attorneys for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*

**CERTIFICATE OF CONSULTATION**

By signature below, counsel for Plaintiffs certifies that he consulted with Defendants' counsel the relief sought in this motion by email September 21-22, 2026, and they stated they have no objection to the relief sought.

Dated: September 22, 2026

Respectfully Submitted,

/s/Lucas Cameron-Vaughn
Lucas Cameron-Vaughn

*Attorney for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I caused the Plaintiffs' Motion for Remote Access to Hearing on Motion for Preliminary Injunction via Microsoft Teams to be filed via the Court's CM/ECF system and thereby served on this 22th day of September 2026, upon all counsel of record.

Dated: September 22, 2026

Respectfully Submitted,

*/s/ Lucas Cameron-Vaughn*
Lucas Cameron-Vaughn

*Attorney for Plaintiffs Hunter Demster, Jessica Chodor, Kenneth Halt, and Melissa Peeler*