**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **HUNTER DEMSTER, JESSICA CHODOR, KENNTH HALT, AND MELISSA PEELER** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 2:26-cv-02546-MSN-atc** |
| **TODD BLANCHE, in his official capacity as ACTING ATTORNEY GENERAL OF THE UNITED STATES, et al.,** | ) | |
| **Defendants.** | ) | |

**MOTION OF ROBERT W. WILSON TO WITHDRAW AS COUNSEL**

The undersigned counsel, Robert W. Wilson, moves the Court to withdraw him from representation of State Defendants Colonel Matt Perry and District Attorney General Steven J. Mulroy in their official capacities. Good cause exists for the withdrawal because Mr. Wilson is departing his position at the Office of the Tennessee Attorney General and Reporter and will no longer be associated with this case. David Rudolph, Shannon Hoffert, James R. Newsom III, and Mark Weston will continue to represent the State Defendants, and they have already appeared in this case.

In accordance with LR 7.2(a)(1)(B), Mr. Wilson consulted with Plaintiffs' and the Federal Defendants' counsel regarding this motion by email on September 28th, 2026. Counsel for the parties did not object to the motion.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

s/ Robert W. Wilson
Robert W. Wilson, BPR #34492
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103-1877
Phone: 901-543-9031
Fax: 901-543-9025
robert.wilson@ag.tn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28th, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to:

Scarlet Kim
Ken Sexauer
Brian Hauss
American Civil Liberties Union Foundation
125 Borad Street, 18th Floor
New York, NY 10004
scarletk@aclu.org
ksexauer@aclu.org
bhauss@aclu.org

Zee Scout
Lucas Cameron-Vaughn
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
zscout@aclu-tn.org
lucas@aclu-tn.org

Matthew Borden
Braunhagey & Borden LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
borden@braunhagey.com

Marissa R. Benavides
Braunhagey & Borden LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Benavides@braunhagey.com

Faith E. Gay
Corey Stoughton
Katherine Buoymaster
Sylvia Woodmansee
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
fgay@selendygay.com
cstoughton@selendygay.com
kbuoymaster@selenday.com
swoodmansee@selendygay.com

s/ Robert W. Wilson
Robert W. Wilson
Senior Assistant Attorney General