**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**HUNTER DEMSTER, JESSICA CHODOR,**
**KENNETH HALT, and MELISSA PEELER**

**Plaintiffs,**

**v.** **Case No. 2:26-cv-02546-MSN-atc**

**TODD BLANCHE, in his official capacity as**
**Acting Attorney General of the United States; *et al.***

**Defendants.**

---

**FEDERAL AND STATE DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE ADDITIONAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

The Federal and State Defendants jointly move the Court to allow them leave to file additional briefing by October 23, 2026, regarding Plaintiffs' motion for preliminary injunction. During the hearing on Plaintiffs' motion on September 23, 2026, this Court noted that some of the cases mentioned in arguments had not been briefed or cited to in briefs and that it would allow additional briefing on those cases. (*See* Transcript of Hearing, ECF No. 61, 120:18-121:1 and 122:24-123:3, PageID 1336-1339). Therefore, all Defendants jointly request time to file such additional briefing to allow them to address the issues in those cases and how they relate to Plaintiffs' motion for a preliminary injunction. Defendants believe this will assist the Court in considering the issues presented in Plaintiffs' motion.

All Defendants would also request that, if Plaintiffs wish to file additional briefing, then they be required to do so by the same deadline as Defendants. Counsel for Federal Defendants reached out to Plaintiffs' counsel in consultation on this motion, and while Plaintiff's counsel

stated that Plaintiffs did not intend to seek leave to file additional briefing, counsel did state they would seek leave to respond to any additional briefing by Defendants. All Defendants object to this and would argue that all parties should provide any additional briefing by the same date. Plaintiffs have the opportunity to address the cases that were discussed at the hearing but not discussed or cited to in the original briefs by the parties (mostly by Plaintiffs themselves) if they choose to file additional briefing on those cases. They should not be allowed to discuss new cases at the hearing *and* wait until Defendants have provided additional briefing on those cases before they submit additional briefing to the Court.

**CONCLUSION**

For the foregoing reasons, the Federal and State Defendants jointly request that they be allowed to file additional briefing by October 23, 2026, on those cases mentioned at the hearing but not cited to or discussed in the parties' original pleadings; and if Plaintiffs wish to file additional briefing on those cases, then all Defendants request that they be required to do so by October 23, 2026, as well.

Date: October 2, 2026

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

By: <u>*s/ Melanie R. Dunlap*</u>
Melanie R. Dunlap (TN BPR #22477)
Jennifer H. Collins (TN BPR #27985)
Assistant United States Attorney
167 North Main St., Ste. 800
Memphis, Tennessee 38103
Phone: 901-544-4231
Fax: 901-544-4230
melanie.dunlap@usdoj.gov
jennifer.collins2@usdoj.gov
*Counsel for Federal Defendants*

JONATHAN SKRMETTI
Attorney General and Reporter

By: <u>*s/ David M. Rudolph*</u>
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Shannon Hoffert, BPR #28430
Deputy Attorney General
Mark Weston, BPR #38585
Assistant Attorney General
James R. Newsom III, BPR #6683
Special Counsel Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103-1877
Phone: 901-543-4162
Fax: 901-543-9025
david.rudolph@ag.tn.gov
shannon.hoffert@ag.tn.gov
mark.weston@ag.tn.gov
jim.newsom@ag.tn.gov
*Counsel for Defendants Colonel Matt Perry and District Attorney General Steven J. Mulroy in their official capacities*

**CERTIFICATE OF CONSULTATION**

By signature below, counsel for the Federal Defendants certifies that she discussed with Plaintiffs' counsel the relief sought in this motion by email on September 30 and October 1 and 2, 2026, and she stated Plaintiffs had no objection to Defendants seeking leave to file such supplemental briefing, but she objected to the timeline proposed by Defendants. Further discussion with Plaintiffs' counsel regarding the relief sought is outlined above in the motion.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed via the Court's CM/ECF system and thereby served on this 2nd day of October 2026, upon all counsel of record.

*s/ Melanie R. Dunlap*
Assistant United States Attorney