**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**HUNTER DEMSTER, JESSICA CHODOR, KENNETH HALT, and MELISSA PEELER**

**Plaintiffs,**

**v.** **Case No. 2:26-cv-02546-MSN-atc**

**TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, et al.**

**Defendants.**

---

**FEDERAL DEFENDANTS' AND STATE DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' SUPPLEMENTAL BRIEFING (ECF NO. 66)**

---

The Federal Defendants and State Defendants, in joint response to Plaintiffs' motion for leave to respond to any additional briefing filed by Defendants, would argue that Plaintiff's motion should be denied, and any additional briefing should be filed by the same deadline as Defendants' briefing. Defendants would also state that the deadline should be October 23, 2026.

Plaintiffs claim that allowing them to respond to Defendants' briefing "would aid the Court in rendering a decision on the pending Motion for a Preliminary Injunction because allowing Plaintiffs to address Defendants' arguments will more effectively elucidate the merits of the parties' respective positions." (Plaintiff's Motion for Leave to Respond, ECF No. 66, PageID 1358-1359). However, while the Federal Defendants discussed one case at the hearing that had not been briefed in their response, Plaintiffs discussed eight additional cases at the hearing that Federal Defendants and State Defendants potentially wish to address in additional briefing. All parties submitting additional briefing by the same deadline will just as effectively present each party's

position so that the Court may rule on the motion for preliminary injunction. Plaintiffs have already presented their arguments in relation to these cases at the hearing and, while Federal Defendants and State Defendants do not oppose Plaintiffs filing additional briefing on these cases, Plaintiffs should be required to do so by the same deadline as Defendants.

In addition, Federal Defendants and State Defendants object to the deadline of seven days after the entry of the order allowing for additional briefing. All Defendants would request time to properly evaluate the cases and present any arguments on those cases to assist the Court in ruling on Plaintiffs' motion for preliminary injunction, and a deadline of October 23, 2026, would allow that.

Therefore, all Defendants jointly respectfully request that this Court deny Plaintiffs' motion for leave to respond to Defendants' supplemental briefing and require all parties, to the extent they wish to do so, to file additional briefing on the cases cited to for the first time at the hearing by the same deadline, October 23, 2026.

Date: October 5, 2026

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

By: *s/ Melanie R. Dunlap*
Melanie R. Dunlap (TN BPR #22477)
Jennifer H. Collins (TN BPR #27985)
Assistant United States Attorney
167 North Main St., Ste. 800
Memphis, Tennessee 38103
Phone: 901-544-4231
Fax: 901-544-4230
melanie.dunlap@usdoj.gov
jennifer.collins2@usdoj.gov

JONATHAN SKRMETTI
Attorney General and Reporter

By: *s/ David M. Rudolph*
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Shannon Hoffert, BPR #28430
Deputy Attorney General
Mark Weston, BPR #38585
Assistant Attorney General
James R. Newsom III, BPR #6683
Special Counsel Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103-1877
Phone: 901-543-4162
Fax: 901-543-9025
david.rudolph@ag.tn.gov
shannon.hoffert@ag.tn.gov
mark.weston@ag.tn.gov
jim.newsom@ag.tn.gov
*Counsel for Defendants Colonel Matt Perry and District Attorney General Steven J. Mulroy in their official capacities*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed via the Court's CM/ECF system and thereby served on this 5th day of October 2026, upon all counsel of record.

*s/ Melanie R. Dunlap*
Assistant United States Attorney