**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**HUNTER DEMSTER, JESSICA CHODOR,
KENNETH HALT, and MELISSA PEELER,**

**Plaintiffs,**

**v.** **Case No. 2:26-cv-02546-MSN-atc**

**TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States, at al.**

**Defendants.**

---

**DECLARATION OF SPECIAL AGENT BRANDON J. LENZEN**

---

I, Brandon J. Lenzen, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), as a Special Agent, in Casa Grande, AZ. I have over 4 years of experience as a Federal and local law enforcement officer.

2. In my current position, I conduct criminal investigations as part of a Homeland Security Task Force based in the Casa Grande, AZ area. As part of my duties, I perform a variety of criminal investigation and law enforcement duties while on temporary duty assignments to various areas outside of the Casa Grande, AZ area.

3. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

4. As part of my official duties, on August 30, 2026, I was temporarily assigned to the Memphis Safe Task Force. During this assignment my duties included working alongside the



EXHIBIT 2

United States Marshals Service to locate and arrest individuals in Memphis, TN who have active warrants.

5. On or about August 30, 2026, at approximately 1020 hours, the team I was assigned to attempted to locate a wanted individual ("target") with an outstanding warrant for Reckless Endangerment with a Deadly Weapon in violation of TCA §39-13-103. The target's address was a residence near Hudson Street, in Memphis, TN. We did not locate the target at the listed residence.

6. After the attempt to locate the target, the team was discussing the next steps to take and awaiting further instruction. An unknown male approached and began telling us that we needed to leave the area. The team finished discussing our plan of action regarding the target and began to leave the area. While walking past the unknown male, I said to him, "Have a good one." In response, the unknown male said, "Fuck you." I then left the scene in my vehicle without further interaction. I later learned the male was Plaintiff Hunter Demster.

7. I did not record Mr. Demster on a cell phone or retaliate against him in any way. I did not have any additional interaction with Mr. Demster on August 30, 2026, or throughout the remainder of my assignment in Memphis, TN. I also did not know who Mr. Demster was prior to the encounter on August 30, 2026, and was unaware that he lived at a residence near our target's address.

8. We were not on Hudson Street for any reason related to Mr. Demster. We were there for the above referenced law enforcement operation to attempt to apprehend a dangerous individual.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 8th day of October 2026.

BRANDON J LENZEN Digitally signed by BRANDON J LENZEN
Date: 2026.10.08 13:01:39 -07'00'

Brandon J. Lenzen
Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security



EXHIBIT 2