**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

HUNTER DEMSTER,
JESSICA CHODOR,
KENNETH HALT, and
MELISSA PEELER,

Plaintiffs,

v. Case No. 2:26-cv-2546-MSN-atc

TODD BLANCH, *in his official capacity as Acting Attorney General of the United States*;

GADYACES SERRALTA, i*n his official capacity as Director of the U.S. Marshals Service and Chair of the Memphis Safe Task Force*;

TYREECE L. MILLER, i*n his official capacity as U.S. Marshal for the Western District of Tennessee*;

CHAD HUNT, *in his official capacity as Chief Inspector for the U.S. Marshals Service and Commander of the Memphis Safe Task Force*;

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*;

TODD LYONS, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;

JOHN CONDON, *in his official capacity as Acting Executive Associate Director of Homeland Security Investigations*;

COLIN JACKSON, *in his official capacity as Acting Special Agent in Charge for HSI Nashville*;

RODNEY SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*;

MICHAEL BANKS, *in his official capacity as Chief of the U.S. Border Patrol*;

MATT PERRY, *in his official capacity as head of the Tennessee Highway Patrol*; and

STEVEN J. MULROY, *in his official capacity as District Attorney for Shelby County, Tennessee*,

Defendants.

---

**ORDER ON MOTIONS REGARDING SUPPLEMENTAL BRIEFING**

---

At oral arguments on Plaintiffs' Motion for Preliminary Injunction, the Court noted that counsel had cited cases that were not referenced or discussed in the parties' briefing. The Court directed the parties to file something if they wanted to brief or otherwise respond to those additional cases. That prompted two motions now before the Court: Federal and State Defendants' Joint Motion for Leave to File Additional Briefing Regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 65) and Plaintiffs' Motion for Leave to Respond to Defendants' Supplemental Briefing (ECF No. 66).

In their motion, Federal and State Defendants seek leave to file additional briefing on or before October 23, 2026, addressing the new cases cited by Plaintiffs' counsel at oral argument. (ECF No. 65 at PageID 1354.) The Federal and State Defendants, however, oppose Plaintiffs filing a response to the supplemental briefing. (*Id.* at PageID 1355.) Instead, Federal and State Defendants request that Plaintiffs be required to file any supplemental briefing by the same October 23 deadline. (*Id.*) Whereas Plaintiffs' motion seeks leave to file a response to Federal and State Defendants' supplemental briefing but, alternatively, also seek leave to file supplemental briefing by the same deadline as Federal and State Defendants. (ECF No. 66 at PageID 1359.)

Federal and State Defendants' Joint Motion for Leave to File Additional Briefing Regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 65) is **GRANTED**, and Plaintiffs' Motion for Leave to Respond to Defendants' Supplemental Briefing (ECF No. 66) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs and Defendants are granted leave to

file supplemental briefing, **on or before Friday, October 23, 2026,** addressing the new cases cited or discussed at oral arguments that have not been previously briefed. The supplemental briefs shall be no more than 10 pages in length. At this time, no party may file a response to the opposing party's supplemental brief.

**IT IS SO ORDERED**, this 15th day of October, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE