**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **HUNTER DEMSTER, JESSICA CHODOR, KENNETH HALT, AND MELISSA PEELER,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 2:26-cv-02546-MSN-atc** |
| **TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; *et al.*,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

State Defendants Matt Perry, in his official capacity as head of the Tennessee Highway Patrol, and Steven J. Mulroy, in his official capacity as District Attorney for Shelby County, Tennessee, hereby give notice of the existence of supplemental authority: *Gannett Co. v. Long*, No. 26-5182 (6th Cir. Nov. 10, 2026) (attached as Exhibit 1). Last February, the U.S. District Court for the Middle District of Tennessee denied the news organization plaintiffs' motion for preliminary injunctive relief. That order was appealed. State Defendants had cited the case in their briefs and alerted the Court that this district court order had been appealed. The parties discussed the case at the hearing on the motion for preliminary injunction. Transcript, D.E. 61, PageID ## 1231-33.

On appeal, the Sixth Circuit panel reversed and remanded the order denying preliminary injunctive relief with instructions to the district court to create an adequate factual record to apply the applicable standard for injunctive relief. The Sixth Circuit panel did not reach the merits of the Bystander Inference Act, Tenn. Code Ann. § 39-16-612.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Shannon Hoffert, BPR #28430
Deputy Attorney General
James R. Newsom III, BPR #6683
Senior Assistant Attorney General
Mark Weston, BPR #38585
Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103-1877
Phone: 901-543-4162
Fax: 901-543-9025
david.rudolph@ag.tn.gov
shannon.hoffert@ag.tn.gov
jim.newsom@ag.tn.gov
mark.weston@ag.tn.gov
*Counsel for Defendants Colonel Matt Perry and District Attorney General Steven J. Mulroy in their official capacities*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to:

Scarlet Kim
Ken Sexauer
Brian Hauss
American Civil Liberties Union Foundation
125 Borad Street, 18th Floor
New York, NY 10004
scarletk@aclu.org
ksexauer@aclu.org
bhauss@aclu.org

Zee Scout
Lucas Cameron-Vaughn
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
zscout@aclu-tn.org
lucas@aclu-tn.org

Faith E. Gay
Corey Stoughton
Katherine Buoymaster
Sylvia Woodmansee
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
fgay@selendygay.com
cstoughton@selendygay.com
kbuoymaster@selenday.com
swoodmansee@selendygay.com

Matthew Borden
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
borden@braunhagey.com

Marissa R. Benavides
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
benavides@braunhagey.com

Melanie R. Dunlap
Jennifer H. Collins
United States Attorney's Office
Western District of Tennessee
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
melanie.dunlap@usdoj.gov
jennifer.collin@usdoj.gov

s/ David M. Rudolph
David M. Rudolph
Senior Assistant Attorney General
*Counsel for Defendants Colonel Matt Perry and District Attorney General Steven J. Mulroy in their official capacities*